**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| REGIONAL MEDICAL | : | |
| TRANSPORTATION, INC. | : | Case No. 19-15513-amc |
| | : | |
| Debtor | : | |

**ORDER APPROVING DISCLOSURE STATEMENT AND
<u>PLAN VOTING MATERIALS AND PROCEDURES</u>**

AND NOW, to wit this _____ day of _____, 2020, the Debtor having duly filed a Disclosure Statement and Plan, and the Debtor having requested approval of the Disclosure Statement and Plan voting procedures and after notice and hearing on the Debtor's Disclosure Statement, it having been determined by the Court that the Disclosure Statement contains "adequate information" as that term is defined in 11 U.S.C. §1125 of the Bankruptcy Code, and the proposed voting materials and procedures comply with the provisions of the Bankruptcy Code and Rules, it is hereby

ORDERED, and Notice is hereby given that:

1. The Disclosure Statement submitted by the Debtor, Regional Medical Transportation, Inc., is hereby APPROVED.

2. The proposed voting procedures and the proposed materials consisting of a ballot in the form filed with the Court are hereby APPROVED.

3. The Debtor may now solicit acceptances or rejections to the Plan of Reorganization.

4. On or before _____, 2020 the Debtor shall transmit by first class mail to all creditors, equity security holders, and other parties in interest copies of the

following:

      a)   the Plan of Reorganization;

      b)   the Disclosure Statement;

      c)   this Order;

      d)   a Ballot;

      e)   a self-addressed envelope by which the Ballot may be returned to the Debtor's Counsel.

5.    _____, 2020 is hereby set as the last date by which Ballots must be received in order to be considered as acceptances or rejections of the Plan of Reorganization. Ballots should be returned to Counsel for the Debtor:

> John A. Gagliardi, Esquire
> Wetzel Gagliardi Fetter & Lavin LLC
> 122 S. Church St.
> West Chester, PA 19382
> (484) 887-0779
> (484) 887-8763 – Facsimile
> jgagliardi@wgflaw.com

The Debtor may receive completed Ballots by mail, facsimile or email. Ballots arriving after the above date will not be counted in the voting process unless the Court otherwise orders.

6.    In accordance with Bankruptcy Rule 3020(b)(1), _____, 2020 is hereby set as the last date by which any written objections to confirmation of the Plan of Reorganization is required to have been filed with the Court and served upon counsel for the Debtor.

7.    The Debtor shall file its Report of Plan Voting with the Clerk of the United States Bankruptcy Court on or before _____, 2020.

8.      The hearing for consideration on confirmation of the Debtor's Plan of Reorganization will be held on _____, 2020 at _____ ___.m., in the Courtroom of the Honorable Ashely M. Chan, U.S. Bankruptcy Judge at United States Bankruptcy Court, 900 Market Street, Court Room No. 4, Philadelphia, PA   19107-4299.

BY THE COURT:

_____
HON. ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE