IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| REGIONAL MEDICAL ) | |
| TRANSPORTATION, INC. ) | CHAPTER 11 |
| **Debtor(s)** ) | |
| ) | |
| SANTANDER CONSUMER USA INC. ) | Case No.: 19-15513 (AMC) |
| dba CHRYSLER CAPITAL ) | |
| **Moving Party** ) | **Hearing Date: 1-6-20 at 11:00 AM** |
| ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| REGIONAL MEDICAL ) | |
| TRANSPORTATION, INC. ) | |
| **Respondent(s)** ) | |
| ) | |
| UNITED STATES TRUSTEE ) | |
| **Trustee** ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtor in settlement of the Motion For Stay Relief, and filed on or about April 30, 2020 in the above matter is APPROVED.

Dated: **April 30, 2020**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE