United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-15513-amc
Regional Medical Transportation, Inc.                                 Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP           Page 1 of 1              Date Rcvd: Apr 30, 2020
                          Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
db             +Regional Medical Transportation, Inc.,   1695 Huntingdon Road,
                Huntingdon Valley, PA 19006-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
              ALLEN B. DUBROFF    on behalf of Creditor    Elisa Ayala and Saul Santiago allen@dubrofflawllc.com,
               adminassistant@dubrofflawllc.com,john@dubrofflawllc.com,sherri@dubrofflawllc.com
              ALLEN B. DUBROFF    on behalf of Debtor    Regional Medical Transportation, Inc.
               allen@dubrofflawllc.com,   adminassistant@dubrofflawllc.com,john@dubrofflawllc.com,
               sherri@dubrofflawllc.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              HOWARD GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JASON T LAROCCO    on behalf of Attorney    LogistiCare Solutions, LLC jlarocco@regerlaw.com
              JOHN A. GAGLIARDI    on behalf of Debtor    Regional Medical Transportation, Inc.
               jgagliardi@wgflaw.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MATTHEW R. EPSTEIN    on behalf of Creditor Patrick  Pizzella epstein.matthew.r@dol.gov
              NATHALIE PAUL    on behalf of Creditor    Citizens Bank, N.A. npaul@weltman.com,
               pitecf@weltman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REGINA COHEN    on behalf of Creditor    Ally Bank rcohen@lavin-law.com, ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler
               Capital ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              YONIT A. CAPLOW    on behalf of Creditor    Sterling National Bank, f/k/a Advantage Funding
               Commercial Capital Corp. ycaplow@dilworthlaw.com,  cchapman-tomlin@dilworthlaw.com,
               cct@dilworthlaw.com
                                                                                               TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| REGIONAL MEDICAL | ) | |
| TRANSPORTATION, INC. | ) | CHAPTER 11 |
| **Debtor(s)** | ) | |
| | ) | |
| SANTANDER CONSUMER USA INC. | ) | Case No.: 19-15513 (AMC) |
| dba CHRYSLER CAPITAL | ) | |
| **Moving Party** | ) | **Hearing Date:  1-6-20 at 11:00 AM** |
| | ) | |
| v. | ) | 11 U.S.C. 362 |
| | ) | |
| REGIONAL MEDICAL | ) | |
| TRANSPORTATION, INC. | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| UNITED STATES TRUSTEE | ) | |
| **Trustee** | ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtor in settlement of the Motion For Stay Relief, and filed on or about April 30, 2020 in the above matter is APPROVED.

Dated:   **April 30, 2020**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE