United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 19-15513-amc
Regional Medical Transportation, Inc.                             Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP            Page 1 of 1           Date Rcvd: May 07, 2020
                          Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2020.
db         +Regional Medical Transportation, Inc.,   1695 Huntingdon Road,
            Huntingdon Valley, PA 19006-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2020 at the address(es) listed below:
              ALLEN B. DUBROFF    on behalf of Creditor    Elisa Ayala and Saul Santiago allen@dubrofflawllc.com,
               adminassistant@dubrofflawllc.com,john@dubrofflawllc.com,sherri@dubrofflawllc.com
              ALLEN B. DUBROFF    on behalf of Debtor    Regional Medical Transportation, Inc.
               allen@dubrofflawllc.com,  adminassistant@dubrofflawllc.com,john@dubrofflawllc.com,
               sherri@dubrofflawllc.com
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              HOWARD GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JASON T LAROCCO    on behalf of Attorney    LogistiCare Solutions, LLC jlarocco@regerlaw.com
              JOHN A. GAGLIARDI    on behalf of Debtor    Regional Medical Transportation, Inc.
               jgagliardi@wgflaw.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MATTHEW R. EPSTEIN    on behalf of Creditor Patrick  Pizzella epstein.matthew.r@dol.gov
              NATHALIE PAUL    on behalf of Creditor    Citizens Bank, N.A. npaul@weltman.com,
               pitecf@weltman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REGINA COHEN    on behalf of Creditor    Ally Bank rcohen@lavin-law.com, ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler
               Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              YONIT A. CAPLOW    on behalf of Creditor    Sterling National Bank, f/k/a Advantage Funding
               Commercial Capital Corp. ycaplow@dilworthlaw.com, cchapman-tomlin@dilworthlaw.com,
               cct@dilworthlaw.com
                                                                                               TOTAL: 14

WWR# 040487053

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>REGIONAL MEDICAL TRANSPORTATION, INC.<br>　　　　　　　　　　　　　　　　Debtor<br>CITIZENS BANK, N.A.<br>　　　　　　　　　　　　　　　　Movant | CASE NO. 19-15513amc<br>CHAPTER 11<br><br>**Related to Doc. Nos.: 65, 78** |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY OR IN THE ALTERNATIVE GRANTING ADEQUATE PROTECTION PAYMENTS**

　　Now this _____ day of _____, 2020. Upon the Motion of Citizens Bank, N.A. for Relief from Automatic Stay or in the Alternative Granting Adequate Protection Payments and the Response filed by the Debtor. Upon statements of counsel, the evidence and law:

　　This Court FINDS that Citizens Bank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtor.

　　IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant's claim shall be treated as secured in the amount of $20,062.10, which equates to $17,000.00 at 4.5% interest and unsecured in the amount of $2,351.42. This amount shall be paid in equal monthly installments of $401.42 over the fifty (50) month period beginning on the 26th day of the month following a Plan Confirmation Order. The lien on the vehicle shall remain unless and until the secured portion of the claim is satisfied pursuant to Debtor's Confirmed Plan. Debtor shall maintain insurance coverage on the vehicle securing Movant's claim. Upon request, Debtor shall provide written proof of such coverage(s) to Movant.

　　IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon a Plan Confirmation Order, Debtor shall make regular monthly payments in the amount of $401.42 payable to Movant at 1 Citizens Bank Way, Mailstop JCA110, Johnston, RI 02919. Monthly payments in accordance with the Stipulation and Order are due to the Movant on or before the 26th day of each month. Should the Debtor default in any payment, notice will be sent to Debtor's counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay to take the necessary steps to repossess and liquidate its collateral referenced herein. Movant shall only be required to notify Debtor's counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to Movant.

**Date: May 6, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

/s/ Nathalie Paul　　　　　　　　　　　　　　/s/ John A. Gagliardi
Attorney for Movant　　　　　　　　　　　　Attorney For Debtor
Nathalie Paul, PA I.D.# 309118　　　　　　　John A. Gagliardi
170 S. Independence Mall W.　　　　　　　　101 E. Evans St. – Ste. A
Suite 874W　　　　　　　　　　　　　　　　West Chester, PA 19380
Philadelphia, PA 19106