**Fill in this information to identify the case:**

Debtor Name ___Regional Medical Transportation, Inc._____

United States Bankruptcy Court for the: __Eastern___ District of __Penna.___

Case number: ___19-15513 AMC_____

☐ Check if this is an amended filing

## Official Form 425C

### Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month: *March, 2020*                    Date report filed: __4/20/20__
                                                              MM / DD / YYYY

Line of business: __Ambulatory Health Care Transportation__    NAISC code: __6219__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Nikanor Broytman, Vice President

Original signature of responsible party ✓ __s/Nikanor Broytman, Vice President__

Printed name of responsible party    Nikanor Broytman, Vice President

---

### ■ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  Regional Medical Transportation, Inc.

Case number  19-15513 AMC

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☒ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☒ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ *3,998*

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ *138,453*

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ *104,468*

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ *33,985*

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ *37,983*

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ *11,858*

Debtor Name  Regional Medical Transportation, Inc.                          Case number  19-15513 AMC

---

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                    $ 0.00

   *(Exhibit F)*

---

### 5. Employees

26. What was the number of employees when the case was filed?               45

27. What is the number of employees as of the date of this monthly report?   36

---

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?            $ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 19,350

30. How much have you paid this month in other professional fees?                                     $ 0

31. How much have you paid in total other professional fees since filing the case?                    $ 0

---

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | Projected | − | Actual | = | Difference |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 112,583 | − | $ 138,453 | = | $ (25,870) |
| 33. **Cash disbursements** | $ 111,713 | − | $ 104,468 | = | $ 7,245 |
| 34. **Net cash flow** | $ 870 | − | $ 33,985 | = | $ (33,115) |

35. Total projected cash receipts for the next month:                       $ 104,205

36. Total projected cash disbursements for the next month:                 − $ 84,519

37. Total projected net cash flow for the next month:                       = $ 19,686

---

Official Form 425C                **Monthly Operating Report for Small Business Under Chapter 11**                page **3**

Debtor Name  Regional Medical Transportation, Inc.

Case number_____ 19-15513 AMC

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

In re **Regional Medical Transportation, Inc.**    **Debtor**

Case No. **19-15513 AMC**

Reporting Period: **March, 2020**

| Payee | Estimate Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses |
|---|---|---|---|---|---|---|---|
| Payroll Check Date: 3/10/20 | March, 2020 | $ 36,500.00 | RMT a/c 3542 | | 3/10/20 | $ 35.00 | $ 34,413.29 |
| Payroll Check Date: 3/24/20 | March, 2020 | $ 36,500.00 | RMT a/c 3542 | | 3/24/20 | $ 50.33 | $ 35,746.32 |
| U.S Trustee | March, 2020 | $ - | | | | | |
| DOL Payment (Penalty) | March, 2020 | $ 3,373.00 | RMT a/c 3569 | | 3/9/20 | | $ 4,000.00 |
| Wetzel Gagliardi (Deptors Attornys) | March, 2020 | $ 850.00 | | | | | |
| City of Philadelphia | March, 2020 | $ 103.76 | | | | | |
| Internal Revenue Service | March, 2020 | $ 340.07 | | | | | |
| Non- Priority Unsecured Creditors | March, 2020 | $ 1,500.00 | | | | | |
| PAM-PA Turnpike | March, 2020 | $ - | | | | | |
| IPPS Corporation- Ins. Auto Liability | March, 2020 | $ - | | | | | |
| T- Mobile - Telephones | March, 2020 | $ 270.00 | RMT a/c 3569 | | 3/16/20 | | $ 458.67 |
| FIRST Insurance -General.Liability.Ins. | March, 2020 | $ 416.68 | RMT a/c 3569 | | 3/23/20 | $ 24.95 | $ 584.46 |
| Quest Diagnostics- Laboratory Fee | March, 2020 | $ 110.00 | RMT a/c 3569 | | 3/10/20 | | $ 323.00 |
| EastCoat Fuel | March, 2020 | $ 7,020.00 | RMT a/c 3569 | | 3/9/20 | | $ 4,038.48 |
| Payroll Service / Preparation W-2 | March, 2020 | $ - | | | | | |
| Progressive Auto Insurance | March, 2020 | $ 650.00 | RMT a/c 3569 | | 3/10/20, 3/18/20 | | $ 1,380.50 |
| Vehicle Maintenance | March, 2020 | $ 200.00 | Toyota | | | | $ 486.71 |
| Reliant Transportation (Rent office) | March, 2020 | $ - | | | | | |
| Comcast / Communication | March, 2020 | $ 171.82 | RMT a/c 3569 | | 3/2/20, 3/30/20 | | $ 30.20 |
| Honest Auto Body (Repair Truck) | March, 2020 | $ - | RMT a/c 3569 | 150, 158 | 3/24/20, 3/25/20 | | $ 1,108.99 |
| C.J. (Repair Truck Body) | March, 2020 | $ 500.00 | RMT a/c 3569 | 155, 157 | 3/16/20, 3/4/20 | | $ 2,012.40 |
| Suplies Office (Staples) | March, 2020 | $ 297.00 | RMT a/c 3569 | | 3/5/20, 3/27/20 | | $ 255.03 |
| Profesional Development | March, 2020 | $ - | | | | | |
| State Worker Compensation | March, 2020 | $ 1,350.00 | | | | | |
| Global VoIP Communication (phone) | March, 2020 | $ 145.00 | RMT a/c 3569 | | 3/9/20 | | $ 145.26 |
| Verizon Telephone | March, 2020 | $ 175.00 | RMT a/c 3569 | | 3/16/20 | | $ 199.96 |
| Real Deal Insurance - Auto Liability | March, 2020 | $ 7,000.00 | RMT a/c 3569 | 154 | 3/12/20 | | $ 7,941.80 |
| Computer Expense | March, 2020 | $ 100.00 | | | | | |
| Postage and Delivery | March, 2020 | $ 40.00 | RMT a/c 3569 | | 3/2/20, 3/24/20 | | $ 43.60 |
| Diamond Check Cashing | March, 2020 | $ 1,000.00 | RMT a/c 3569 | 151, 153, 159 | 3/5/20, 3/10/20 | | $ 3,000.00 |
| Peco (Utilities) | March, 2020 | $ 293.48 | RMT a/c 3569 | | 3/12/20 | | $ 808.95 |
| Cleaning Service & Supplies | March, 2020 | $ 100.00 | RMT a/c 3569 | 149 | 3/2/20 | | $ 100.00 |
| PA UC Fund Tax | March, 2020 | $ 495.14 | RMT a/c 3569 | | 3/24/20 | | $ 990.78 |
| Violation Fee | March, 2020 | $ - | | | | | |
| Holiday Expense | March, 2020 | $ - | | | | | |
| Allstate Auto Insurance | March, 2020 | $ 657.00 | RMT a/c 3569 | | 3/17/20 | | $ 657.66 |
| Notarial Fee | March, 2020 | $ - | | | | | |
| Pre-Employment Screening | March, 2020 | $ - | RMT a/c 3569 | | 3/3/20, 3/20/20 | | $ 1,124.50 |
| Byline Finance (Rent Equipment) | March, 2020 | $ 428.68 | RMT a/c 3569 | 147, 152 | 3/3/20, 3/10/20 | | $ 857.36 |
| Utilities | March, 2020 | $ 223.00 | RMT a/c 3569 | | 3/16/20 | | $ 436.40 |
| Waste Management | March, 2020 | $ 619.00 | RMT a/c 3569 | | 3/4/20 | | $ 618.78 |
| 76 Honda | March, 2020 | $ 520.00 | | | | | |
| 77 Honda | March, 2020 | $ 578.98 | | | | | |
| 103 Chrysler Capital (Santander) | March, 2020 | $ 1,677.00 | | | | | |
| 104 Chrysler Capital (Santander) | March, 2020 | $ - | | | | | |
| 105 Chrysler Capital (Santander) | March, 2020 | $ - | | | | | |
| 106 Chrysler Capital (Santander) | March, 2020 | $ - | | | | | |
| 107 Chrysler Capital (Santander) | March, 2020 | $ - | | | | | |
| 108 Ford Credit | March, 2020 | $ 657.56 | | | | | |
| 113 Ally | March, 2020 | $ 1,075.87 | RMT a/c 3569 | 148 | 3/6/20 | | $ 1,000.00 |
| 114 Ally | March, 2020 | $ - | | | | | |
| 118 Ally | March, 2020 | $ - | | | | | |
| 119 Ally | March, 2020 | $ - | | | | | |
| 120 Ally (Loss) | March, 2020 | $ - | | | | | |
| 121 Citizens Bank | March, 2020 | $ 353.00 | | | | | |
| 122 Honda | March, 2020 | $ 419.00 | | | | | |
| 124 Chrysler Capital (Santander) | March, 2020 | $ 521.36 | | | | | |
| 126, 127, 128 Sterling National Bank | March, 2020 | $ 1,553.00 | | | | | |
| 130 Ford Credit | March, 2020 | $ 362.37 | | | | | |
| 133 Mercedes-Benz | March, 2020 | $ 972.56 | | | | | |
| Toyota Sienna | March, 2020 | $ 594.87 | RMT a/c 3569 | | 3/23/20 | | $ 594.87 |
| Toyota Sequoia | March, 2020 | $ 999.97 | RMT a/c 3569 | | 3/17/20 | | $ 999.97 |
| **Total Estimate Expenses:** | | $ 111,713.17 | | | | $ 110.28 | $ 104,357.39 |

# Category Summary *Profit & Loss Report*

*March 2020*

Exhibit "C" ▼ Money In

Exhibit "D" ▼ Money Out

| Date Range: | Custom Dates (3/1/2020 – 3/31/2020) |
| Accounts: | 3542-RMT-Payroll DIP, 3569-RMT-Republic |
| Categories: | All Categories |
| Tags: | All Tags |
| Type: | Custom |

☐ Show Memo/Notes

| | |
|---|---|
| **▼ Money In** | **$138,452.99** |
| Patient Fee LogistiCare | $116,095.41 |
| Patient Fee Uber | $22,357.58 |
| | |
| **▼ Money Out** | **-$104,467.67** |
| Auto & Transport | -$7,120.03 |
| Auto Payment | -$3,081.55 |
| Gas & Fuel | -$4,038.48 |
| Bank Service Fee | -$35.00 |
| Cleaning Service | -$100.00 |
| Communication Service | -$30.20 |
| DOL Payment | -$4,000.00 |
| Insurance Auto Liability | -$9,979.96 |

Category Summary printed from RMT 18 on 4/22/20

## ▼ Other Transactions

| | |
|---|---|
| Insurance General Liability | -$584.46 |
| Janitorial Service | -$618.78 |
| Laboratory Fee | -$323.00 |
| PA Garnish | -$845.64 |
| Payroll | -$58,260.92 |
| Payroll Service Fee | -$50.33 |
| Payroll Tax | -$14,053.05 |
| Postage and Delivery | -$43.60 |
| PreEmployment Screening | -$1,124.50 |
| Rent Equipment | -$857.36 |
| Repair Auto | -$3,121.39 |
| Security Services Fee | -$24.95 |
| Supplies Office | -$255.03 |
| Telephone | -$803.84 |
| Unemployment Comp. Fee | -$990.28 |
| Utilities | -$1,245.35 |

| | |
|---|---|
| Money In: | $138,452.99 |
| Money Out: | -$104,467.67 |
| Net Total: | $33,985.32 |



**R**EPUBLIC
*BANK*

Two Liberty Place
50 S. 16th Street Ste 2400
Philadelphia, PA 19102

3PAR         Return Service Requested

| | |
|---|---|
| Page: | **1 of 6** |
| Statement Date: | **03/31/20** |
| Primary Account: | **XXXXXXXX3569** |
| Enclosures | **12** |

000113 1.0500 AV 0.389          TR00001

REGIONAL MEDICAL TRANSPORTATION INC
DEBTOR IN POSSESSION
PA-191553 AMC CH 11
1695 HUNTINGDON RD
HUNTINGDON VY, PA 19006-4412



## GO PAPERLESS!

Switch to online statements and get access to all your
account activity at your fingertips.

Update your *Preferences* within the *eDocuments* tab of your
secure online banking session.

| **FREE BUSINESS CHECKING** | | **Account: XXXXXXXX3569** | |
|---|---|---|---|
| FREE BUSINESS CHECKING | | Number of Enclosures | 12 |
| Account Number | XXXXXXXX3569 | Statement Dates | 3/02/20 Thru 3/31/20 |
| Previous Balance | 3,676.82 | Days In The Statement Period | 30 |
| 9 Deposits/Credits | 138,505.45 | Average Ledger | 27,553.22 |
| 84 Checks/Debits | 107,875.19 | Average Collected | 27,553.22 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 34,307.08 | | |

### Transaction Activity

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 3/02 | EDI Paymnt Uber USA 6787 CCD Lnukgfeofhzzy2n Ref*TN*Lnukgfeofh\ | | 5,568.85 | 9,245.67 |
| 3/02 | Dbt Crd 0728 02/28/20 Dbzhttv2 PA Driver & 7174125300 PA C#**2284 | 126.00- | | 9,119.67 |
| 3/02 | Dbt Crd 1350 02/28/20 Dbbpuvyt Usps Po 416 Philadelphia PA C#**5278 | 10.90- | | 9,108.77 |
| 3/02 | Dbt Crd 0501 03/01/20 Dbqrl76y Myfax *Pro 866-563-9212 CA C#**2284 | 15.00- | | 9,093.77 |
| 3/02 | Check 149 | 100.00- | | 8,993.77 |
| 3/03 | Transf To Bus Ckg 0001 Confirmation Number 303200085 | 2,000.00- | | 6,993.77 |
| 3/03 | Check 147 | 428.68- | | 6,565.09 |
| 3/04 | Dbt Crd 1037 03/03/20 Dbve2ulr Pa.gov Onli 7172603530 PA C#**2284 | 11.00- | | 6,554.09 |

**Continued on Next Page**



Page: **2 of 6**
Statement Date: **03/31/20**
Primary Account: **XXXXXXXX3569**



## Transaction Activity (Continued)

| Date | Description | Debits | Credits | Balance |
|------|-------------|-------:|--------:|--------:|
| 3/04 | Dbt Crd 1045 03/03/20 Dbo3c7lx Pa.gov Onli 7172603530 PA C#**2284 | 11.00- | | 6,543.09 |
| 3/04 | Dbt Crd 1054 03/03/20 Dbs2d3ly Pa.gov Onli 7172603530 PA C#**2284 | 11.00- | | 6,532.09 |
| 3/04 | Dbt Crd 1100 03/03/20 Dbklbnly Pa.gov Onli 7172603530 PA C#**2284 | 11.00- | | 6,521.09 |
| 3/04 | Dbt Crd 1107 03/03/20 Dba2nxk6 L. J. Autob Philadelphia PA C#**2284 | 647.40- | | 5,873.69 |
| 3/04 | Dbt Crd 1703 03/03/20 Dbqni2tw Waste Mgmt 8668342080 TX C#**2284 | 618.78- | | 5,254.91 |
| 3/05 | Dbt Crd 0901 03/04/20 Dbs6lwlx Staples Dir 800-3333330 MA C#**2284 | 111.21- | | 5,143.70 |
| 3/05 | Check 151 | 1,000.00- | | 4,143.70 |
| 3/06 | Logisticar Logisticare CCD Regi0055 | | 60,543.76 | 64,687.46 |
| 3/06 | Transf To Bus Ckg 0001 Confirmation Number 306200662 | 5,000.00- | | 59,687.46 |
| 3/06 | Transf To Bus Ckg 0001 Confirmation Number 306200278 | 30,000.00- | | 29,687.46 |
| 3/06 | Check 150 | 365.00- | | 29,322.46 |
| 3/06 | Check 148 | 1,000.00- | | 28,322.46 |
| 3/09 | EDI Paymnt Uber USA 6787 CCD Ki00731122z0636 Ref*TN*Ki00731122\ | | 5,344.53 | 33,666.99 |
| 3/09 | Dbt Crd 1113 03/05/20 Dbcd3ujf Bj S Fuel Philadelphia PA C#**5278 | 28.48- | | 33,638.51 |
| 3/09 | Dbt Crd 1730 03/05/20 Dbtrpnpw CVS/Pharmac Warminster PA C#**2284 | 16.70- | | 33,621.81 |
| 3/09 | Dbt Crd 1026 03/06/20 Dbizlq2j Occuscreen 8888335304 WA C#**2284 | 34.50- | | 33,587.31 |
| 3/09 | Dbt Crd 1037 03/06/20 Dbkdcssw Occuscreen 8888335304 WA C#**2284 | 34.50- | | 33,552.81 |
| 3/09 | Dbt Crd 1046 03/06/20 Dbtcpp3b Occuscreen 8888335304 WA C#**2284 | 34.50- | | 33,518.31 |
| 3/09 | Dbt Crd 1110 03/06/20 Dbw5kysv Occuscreen 8888335304 WA C#**2284 | 34.50- | | 33,483.81 |
| 3/09 | Dbt Crd 1426 03/06/20 Dbpoqyxz Usps Po 416 Philadelphia PA C#**5278 | 10.90- | | 33,472.91 |
| 3/09 | Dbt Crd 1546 03/06/20 Dbj5jj7e Global Voip 8882442014 PA C#**2284 | 145.26- | | 33,327.65 |
| 3/09 | Dbt Crd 1809 03/07/20 Dbero8bq Occuscreen 8888335304 WA C#**2284 | 8.00- | | 33,319.65 |
| 3/10 | POS Cre 0000 03/09/20 00323973 Occuscreen 8888335304 WA C#**2284 | | 8.00 | 33,327.65 |
| 3/10 | Dbt Crd 0940 03/09/20 Dbezdsyc Progressive 855-758-0945 OH C#**5278 | 730.90- | | 32,596.75 |
| 3/10 | Achpayment Questdiagnostics Ctx 391284 | 130.50- | | 32,466.25 |
| 3/10 | Achpayment Questdiagnostics Ctx 391283 | 192.50- | | 32,273.75 |
| 3/10 | Whdpayment Whd Bw Penalty CCD 0000 | 4,000.00- | | 28,273.75 |
| 3/10 | Check 152 | 428.68- | | 27,845.07 |
| 3/11 | Dbt Crd 1243 03/10/20 Dbbfvgiy Safecar Ser 5597332236 GA C#**2284 | 360.00- | | 27,485.07 |
| 3/11 | Debit | 4,010.00- | | 23,475.07 |
| 3/12 | Dbt Crd 1130 03/11/20 Dbp3fisc Occuscreen 8888335304 WA C#**2284 | 34.50- | | 23,440.57 |
| 3/12 | Dbt Crd 1132 03/11/20 Dbjwkssf Occuscreen 8888335304 WA C#**2284 | 34.50- | | 23,406.07 |

3P0R-004-000113-001-003-200403 000113    S05



## Transaction Activity (Continued)

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 3/12 | Dbt Crd 1135 03/11/20 Dbkc1x9g Occuscreen 8888335304 WA C#**2284 | 34.50- | | 23,371.57 |
| 3/12 | Dbt Crd 1138 03/11/20 Dbkigu9g Occuscreen 8888335304 WA C#**2284 | 34.50- | | 23,337.07 |
| 3/12 | Dbt Crd 1142 03/11/20 Dbzr5rvf Occuscreen 8888335304 WA C#**2284 | 34.50- | | 23,302.57 |
| 3/12 | Dbt Crd 1144 03/11/20 Dbvr4o1j Occuscreen 8888335304 WA C#**2284 | 34.50- | | 23,268.07 |
| 3/12 | Dbt Crd 1150 03/11/20 Dbz397vf Occuscreen 8888335304 WA C#**2284 | 34.50- | | 23,233.57 |
| 3/12 | Dbt Crd 1152 03/11/20 Dbqqp115 Occuscreen 8888335304 WA C#**2284 | 34.50- | | 23,199.07 |
| 3/12 | Dbt Crd 1158 03/11/20 Dbujiw9l Occuscreen 8888335304 WA C#**2284 | 34.50- | | 23,164.57 |
| 3/12 | Dbt Crd 1205 03/11/20 Dbdv1p10 Pa.gov Onli 7172603530 PA C#**2284 | 11.00- | | 23,153.57 |
| 3/12 | Dbt Crd 1232 03/11/20 Dbbsu8vg Pa.gov Onli 7172603530 PA C#**2284 | 11.00- | | 23,142.57 |
| 3/12 | Dbt Crd 1242 03/11/20 Dbv9ac9l Pa.gov Onli 7172603530 PA C#**2284 | 11.00- | | 23,131.57 |
| 3/12 | Dbt Crd 1250 03/11/20 Dbvi90uq Pa.gov Onli 7172603530 PA C#**2284 | 11.00- | | 23,120.57 |
| 3/12 | Dbt Crd 1255 03/11/20 Dbupjmve Pa.gov Onli 7172603530 PA C#**2284 | 11.00- | | 23,109.57 |
| 3/12 | Dbt Crd 1301 03/11/20 Dbfi8w8m Pa.gov Onli 7172603530 PA C#**2284 | 11.00- | | 23,098.57 |
| 3/12 | Peco Energy Online Pmt 1061291316 Web | 808.95- | | 22,289.62 |
| 3/12 | Check 153 | 1,000.00- | | 21,289.62 |
| 3/12 | Check 154 | 7,941.80- | | 13,347.82 |
| 3/13 | Dbt Crd 1059 03/12/20 Dblwk8ci Occuscreen 8888335304 WA C#**2284 | 34.50- | | 13,313.32 |
| 3/13 | Dbt Crd 1105 03/12/20 Dbxdxgci Occuscreen 8888335304 WA C#**2284 | 34.50- | | 13,278.82 |
| 3/13 | Dbt Crd 1109 03/12/20 Dbw780ck Pa.gov Onli 7172603530 PA C#**2284 | 11.00- | | 13,267.82 |
| 3/13 | POS Deb 1506 03/12/20 00709420 Amazon.com* Amazon.com Seattle WA C#**5278 | 44.46- | | 13,223.36 |
| 3/16 | POS Cre 2242 03/13/20 00714594 Amazon.com Refundamazon.com Seattle WA C#**5278 | | 44.46 | 13,267.82 |
| 3/16 | EDI Paymnt Uber USA 6787 CCD 1j2g7ag1uxlf8n3 Ref*TN*1j2g7ag1ux\ | | 3,825.45 | 17,093.27 |
| 3/16 | Dbt Crd 1630 03/13/20 Dbqfykt3 Usps Po 416 Philadelphia PA C#**5278 | 10.90- | | 17,082.37 |
| 3/16 | POS Deb 1058 03/16/20 00262247 Amazon.com* Amazon.com Seattle WA C#**5278 | 44.46- | | 17,037.91 |
| 3/16 | Dbt Crd 1246 03/16/20 Dbhel7nl Comcast 800-Comcast NJ C#**5278 | 264.58- | | 16,773.33 |
| 3/16 | Dbt Crd 1400 03/16/20 Dbnazknl Comcast 800-Comcast NJ C#**5278 | 171.82- | | 16,601.51 |
| 3/16 | Verizon Vz Billpay 9783397101 Web | 175.70- | | 16,425.81 |
| 3/16 | T-Mobile Pcs Svc 0000450304 Web | 458.62- | | 15,967.19 |
| 3/16 | Check 155 | 500.00- | | 15,467.19 |
| 3/17 | Dbt Crd 1327 03/16/20 Dbxvsl5a Lowes 0184 Philadelphia | 24.80- | | 15,442.39 |

Continued on Next Page



| | | Page: | **4 of 6** |
|---|---|---|---|
| | | Statement Date: | **03/31/20** |
| | | Primary Account: | **XXXXXXXX3569** |

### Transaction Activity (Continued)

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 3/17 | PA C#**2284<br>Allstate Ins CO Ins Pymt 1360719665 Web | 657.66- | | 14,784.73 |
| 3/17 | Toyota Financial Retail_pay 1953775816 Web | 999.97- | | 13,784.76 |
| 3/18 | Ins Prem United Fin Cas Tel Pol 01423904 | 649.60- | | 13,135.16 |
| 3/20 | Logisticar Logisticare CCD Regi0055 | | 55,551.65 | 68,686.81 |
| 3/20 | Dbt Crd 1022 03/19/20 Dbihbtsx Fishers Ace Huntingdon VA<br>PA C#**2284 | 15.89- | | 68,670.92 |
| 3/23 | EDI Paymnt Uber USA 6787 CCD Vit66grwk6zo8uf<br>Ref*TN*Vit66grwk6\ | | 3,247.62 | 71,918.54 |
| 3/23 | Dbt Crd 1211 03/20/20 Dbyoh9eo Insurance P 706-3223335<br>GA C#**5278 | 24.95- | | 71,893.59 |
| 3/23 | Dbt Crd 1211 03/20/20 Dbyogseo First Insur 800-8373707 IL<br>C#**5278 | 584.46- | | 71,309.13 |
| 3/23 | Dbt Crd 1256 03/20/20 Dbkpfvca Allvoi Mast 212-324-1221<br>NY C#**5278 | 14.26- | | 71,294.87 |
| 3/23 | Dbt Crd 1257 03/20/20 Dbrsuk1z Allvoi Mast 212-324-1221<br>NY C#**5278 | 10.00- | | 71,284.87 |
| 3/23 | Toyota Financial Lease_pay 2953775816 Web | 486.71- | | 70,798.16 |
| 3/23 | Toyota Financial Retail_pay 1953775816 Web | 594.87- | | 70,203.29 |
| 3/23 | Check 157 | 500.00- | | 69,703.29 |
| 3/24 | Dbt Crd 0837 03/23/20 Db1jobh4 Usps Po 416 Philadelphia<br>PA C#**5278 | 10.90- | | 69,692.39 |
| 3/24 | Dbt Crd 1130 03/24/20 Dbs4xr54 Signwarehou<br>800-699-5512 TX C#**2284 | 408.99- | | 69,283.40 |
| 3/24 | Transf To Bus Ckg 0001 Confirmation Number 324200107 | 6,600.00- | | 62,683.40 |
| 3/24 | Transf To Bus Ckg 0001 Confirmation Number 324200062 | 30,000.00- | | 32,683.40 |
| 3/24 | Padliuccon Unemp Comp Eft CCD 7539810 Txp*474960669<br>*Uc000*2003 31*T*0000099028\ | 990.28- | | 31,693.12 |
| 3/25 | Check 158 | 700.00- | | 30,993.12 |
| 3/27 | Dbt Crd 1635 03/26/20 Dbxrxxu0 www.sebamed<br>9493987696 CA C#**5278 | 41.97- | | 30,951.15 |
| 3/27 | Check 159 | 1,000.00- | | 29,951.15 |
| 3/30 | Dbt Crd 0134 03/30/20 Dbq8r6qy Myfax *Pro 866-563-9212<br>CA C#**2284 | 15.20- | | 29,935.95 |
| 3/31 | EDI Paymnt Uber USA 6787 CCD Gkj5x58jvann7o0<br>Ref*TN*Gkj5x58jva\ | | 4,371.13 | 34,307.08 |

### Summary by Check Number

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 3/03 | 147 | 428.68 | 3/05 | 151 | 1,000.00 | 3/16 | 155 | 500.00 |
| 3/06 | 148 | 1,000.00 | 3/10 | 152 | 428.68 | 3/23 | 157 * | 500.00 |
| 3/02 | 149 | 100.00 | 3/12 | 153 | 1,000.00 | 3/25 | 158 | 700.00 |
| 3/06 | 150 | 365.00 | 3/12 | 154 | 7,941.80 | 3/27 | 159 | 1,000.00 |

* Denotes Missing Check Number



3PAR-004-000113-001-C03-200403  000113  S05

**Continued on Next Page**



Page:            **5 of 6**
Statement Date:   **03/31/20**
Primary Account:  **XXXXXXXX3569**

Daily Balance

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 3/02 | 8,993.77 | 3/11 | 23,475.07 | 3/23 | 69,703.29 |
| 3/03 | 6,565.09 | 3/12 | 13,347.82 | 3/24 | 31,693.12 |
| 3/04 | 5,254.91 | 3/13 | 13,223.36 | 3/25 | 30,993.12 |
| 3/05 | 4,143.70 | 3/16 | 15,467.19 | 3/27 | 29,951.15 |
| 3/06 | 28,322.46 | 3/17 | 13,784.76 | 3/30 | 29,935.95 |
| 3/09 | 33,319.65 | 3/18 | 13,135.16 | 3/31 | 34,307.08 |
| 3/10 | 27,845.07 | 3/20 | 68,670.92 | | |

Date                    03/31/20        Page 6 of 6
Primary Acct No.        XXXXXXXX3569



| 03/03/2020 | 147 | $428.68 |
|---|---|---|



| 03/06/2020 | 148 | $1000.00 |
|---|---|---|



| 03/02/2020 | 149 | $100.00 |
|---|---|---|



| 03/06/2020 | 150 | $365.00 |
|---|---|---|

| 03/05/2020 | 151 | $1000.00 |
|---|---|---|



| 03/10/2020 | 152 | $428.68 |
|---|---|---|

| 03/12/2020 | 153 | $1000.00 |
|---|---|---|



| 03/12/2020 | 154 | $7941.80 |
|---|---|---|

| 03/16/2020 | 155 | $500.00 |
|---|---|---|



| 03/23/2020 | 157 | $500.00 |
|---|---|---|

| 03/25/2020 | 158 | $700.00 |
|---|---|---|



| 03/27/2020 | 159 | $1000.00 |
|---|---|---|

3PAR-004-000113-001-003-200403 000113    S05



**R**EPUBLIC
*BANK*

Two Liberty Place
50 S. 16th Street Ste 2420
Philadelphia, PA 19102

3PAR        Return Service Requested

| | |
|---|---|
| Page: | **1 of 10** |
| Statement Date: | **03/31/20** |
| Primary Account: | **XXXXXXXX3542** |
| Enclosures | **70** |

ﻬﺍ‖‖‖ﻯﺍﻳﻂﻻﺍﻳﻬﻤﻻﻯﻷﻀﻳﻻﺍﻳﻪﻀﻳﻻﺍﻳﻂﻳﻪﺍﻳﻻﻷﻟﻴﻴﻫﻻﻳﻪﻳﻻﻴﻼ‖‖‖
000112 1.4500 AV 0.389        TR00001

REGIONAL MEDICAL TRANSPORTATION INC
DEBTOR IN POSSESSION
PA-191553 AMC CH 11
1695 HUNTINGDON RD
HUNTINGDON VY, PA 19006-4412

## GO PAPERLESS!

Switch to online statements and get access to all your
account activity at your fingertips.

Update your *Preferences* within the *eDocuments* tab of your
secure online banking session.



| FREE BUSINESS CHECKING | | Account: XXXXXXXX3542 | |
|---|---|---|---|
| FREE BUSINESS CHECKING | | Number of Enclosures | 70 |
| Account Number | XXXXXXXX3542 | Statement Dates | 3/02/20 Thru 3/31/20 |
| Previous Balance | 321.57 | Days In The Statement Period | 30 |
| 6 Deposits/Credits | 73,760.27 | Average Ledger | 7,349.23 |
| 77 Checks/Debits | 70,405.21 | Average Collected | 7,349.23 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 3,676.63 | | |

| Itemization of Overdraft And Returned Item Fees | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 35.00 | 140.00 |
| Total Returned Item Fees | 0.00 | 0.00 |

## Transaction Activity

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 3/02 | Check 9914 | 1,419.64- | | 1,098.07- |
| 3/02 | Paid Item - NSF Fee | 35.00- | | 1,133.07- |
| 3/03 | Trsf From Bus Ckg 0002 Confirmation Number 303200085 | | 2,000.00 | 866.93 |
| 3/06 | Trsf From Bus Ckg 0002 Confirmation Number 306200662 | | 5,000.00 | 5,866.93 |
| 3/06 | Trsf From Bus Ckg 0002 Confirmation Number 306200278 | | 30,000.00 | 35,866.93 |
| 3/09 | Payroll Payroll Service Ctx 2001-26422 | 102.10- | | 35,764.83 |
| 3/09 | Payroll Payroll Service Ctx 1001-280064 | 422.82- | | 35,342.01 |
| 3/09 | Payroll Payroll Service Ctx 1001-280064 | 6,691.01- | | 28,651.00 |

Continued on Next Page

3PAR-006-000112-001-005-200403 000112  S05
1906441295



## Transaction Activity  (Continued)



| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 3/09 | Check 9921 | 626.53- | | 28,024.47 |
| 3/09 | Check 9918 | 1,200.00- | | 26,824.47 |
| 3/09 | Check 9919 | 1,200.00- | | 25,624.47 |
| 3/09 | Check 9920 | 1,886.30- | | 23,738.17 |
| 3/10 | Check 9922 | 476.89- | | 23,261.28 |
| 3/10 | Check 9936 | 478.86- | | 22,782.42 |
| 3/10 | Check 9948 | 493.75- | | 22,288.67 |
| 3/10 | Check 9947 | 516.87- | | 21,771.80 |
| 3/10 | Check 9943 | 589.93- | | 21,181.87 |
| 3/10 | Check 9929 | 676.94- | | 20,504.93 |
| 3/10 | Check 9930 | 698.98- | | 19,805.95 |
| 3/10 | Check 9933 | 800.09- | | 19,005.86 |
| 3/10 | Check 9937 | 903.65- | | 18,102.21 |
| 3/10 | Check 9925 | 1,125.29- | | 16,976.92 |
| 3/10 | Check 9924 | 1,200.00- | | 15,776.92 |
| 3/10 | Check 9935 | 1,252.47- | | 14,524.45 |
| 3/10 | Check 9926 | 299.98- | | 14,224.47 |
| 3/11 | Check 9950 | 220.86- | | 14,003.61 |
| 3/11 | Check 9934 | 406.98- | | 13,596.63 |
| 3/11 | Check 9942 | 434.04- | | 13,162.59 |
| 3/11 | Check 9927 | 505.23- | | 12,657.36 |
| 3/11 | Check 9944 | 929.17- | | 11,728.19 |
| 3/11 | Check 9951 | 284.91- | | 11,443.28 |
| 3/11 | Check 9949 | 400.19- | | 11,043.09 |
| 3/12 | Check 9928 | 226.07- | | 10,817.02 |
| 3/12 | Check 9938 | 542.54- | | 10,274.48 |
| 3/12 | Check 9939 | 989.75- | | 9,284.73 |
| 3/12 | Check 9923 | 1,250.00- | | 8,034.73 |
| 3/12 | Check 9946 | 1,330.08- | | 6,704.65 |
| 3/12 | Check 9945 | 1,340.38- | | 5,364.27 |
| 3/12 | Check 9941 | 1,445.11- | | 3,919.16 |
| 3/13 | Check 9940 | 706.71- | | 3,212.45 |
| 3/13 | Check 9932 | 2,500.00- | | 712.45 |
| 3/16 | Payroll Payroll Service Ctx 1001-280980 | | 160.27 | 872.72 |
| 3/24 | Trsf From Bus Ckg 0002 Confirmation Number 324200107 | | 6,600.00 | 7,472.72 |
| 3/24 | Trsf From Bus Ckg 0002 Confirmation Number 324200062 | | 30,000.00 | 37,472.72 |
| 3/24 | Check 9968 | 248.48- | | 37,224.24 |
| 3/24 | Check 9961 | 420.23- | | 36,804.01 |
| 3/24 | Check 9983 | 457.45- | | 36,346.56 |
| 3/24 | Check 9978 | 457.77- | | 35,888.79 |
| 3/24 | Check 9977 | 467.24- | | 35,421.55 |
| 3/24 | Check 9971 | 527.06- | | 34,894.49 |
| 3/24 | Check 9984 | 543.19- | | 34,351.30 |
| 3/24 | Check 9956 | 559.83- | | 33,791.47 |
| 3/24 | Check 9963 | 658.98- | | 33,132.49 |
| 3/24 | Check 9967 | 794.36- | | 32,338.13 |
| 3/24 | Check 9972 | 855.61- | | 31,482.52 |
| 3/24 | Check 9964 | 858.75- | | 30,623.77 |
| 3/24 | Check 9979 | 871.40- | | 29,752.37 |
| 3/24 | Check 9958 | 1,104.00- | | 28,648.37 |
| 3/24 | Check 9969 | 1,191.46- | | 27,456.91 |
| 3/24 | Payroll Payroll Service Ctx 2001-27153 | 108.50- | | 27,348.41 |
| 3/24 | Payroll Payroll Service Ctx 1001-281240 | 422.82- | | 26,925.59 |

**Continued on Next Page**

3PAR-006-000112-001-005-200403_000112    S05


REPUBLIC BANK

Page: **3 of 10**
Statement Date: **03/31/20**
Primary Account: **XXXXXXXX3542**

## Transaction Activity  (Continued)

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 3/24 | Payroll Payroll Service Ctx 1001-281240 | 7,362.04- | | 19,563.55 |
| 3/24 | Check 9931 | 25.99- | | 19,537.56 |
| 3/24 | Check 9896 | 35.38- | | 19,502.18 |
| 3/25 | Check 9980 | 686.12- | | 18,816.06 |
| 3/25 | Check 9986 | 126.86- | | 18,689.20 |
| 3/25 | Check 9988 | 134.22- | | 18,554.98 |
| 3/25 | Check 9962 | 462.65- | | 18,092.33 |
| 3/25 | Check 9982 | 502.36- | | 17,589.97 |
| 3/25 | Check 9955 | 626.53- | | 16,963.44 |
| 3/25 | Check 9974 | 752.11- | | 16,211.33 |
| 3/25 | Check 9959 | 1,125.29- | | 15,086.04 |
| 3/25 | Check 9953 | 1,200.00- | | 13,886.04 |
| 3/25 | Check 9957 | 1,250.00- | | 12,636.04 |
| 3/25 | Check 9981 | 1,588.75- | | 11,047.29 |
| 3/25 | Check 9954 | 1,886.30- | | 9,160.99 |
| 3/25 | Check 9976 | 2,052.04- | | 7,108.95 |
| 3/26 | Check 9987 | 385.61- | | 6,723.34 |
| 3/26 | Check 9975 | 541.20- | | 6,182.14 |
| 3/26 | Check 9970 | 611.85- | | 5,570.29 |
| 3/26 | Check 9952 | 1,200.00- | | 4,370.29 |
| 3/27 | Check 9960 | 299.98- | | 4,070.31 |
| 3/27 | Check 9973 | 393.68- | | 3,676.63 |

## Summary by Check Number

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 3/24 | 9896 | 35.38 | 3/13 | 9940 | 706.71 | 3/24 | 9964 | 858.75 |
| 3/02 | 9914 * | 1,419.64 | 3/12 | 9941 | 1,445.11 | 3/24 | 9967 * | 794.36 |
| 3/09 | 9918 * | 1,200.00 | 3/11 | 9942 | 434.04 | 3/24 | 9968 | 248.48 |
| 3/09 | 9919 | 1,200.00 | 3/10 | 9943 | 589.93 | 3/24 | 9969 | 1,191.46 |
| 3/09 | 9920 | 1,886.30 | 3/11 | 9944 | 929.17 | 3/26 | 9970 | 611.85 |
| 3/09 | 9921 | 626.53 | 3/12 | 9945 | 1,340.38 | 3/24 | 9971 | 527.06 |
| 3/10 | 9922 | 476.89 | 3/12 | 9946 | 1,330.08 | 3/24 | 9972 | 855.61 |
| 3/12 | 9923 | 1,250.00 | 3/10 | 9947 | 516.87 | 3/27 | 9973 | 393.68 |
| 3/10 | 9924 | 1,200.00 | 3/10 | 9948 | 493.75 | 3/25 | 9974 | 752.11 |
| 3/10 | 9925 | 1,125.29 | 3/11 | 9949 | 400.19 | 3/26 | 9975 | 541.20 |
| 3/10 | 9926 | 299.98 | 3/11 | 9950 | 220.86 | 3/25 | 9976 | 2,052.04 |
| 3/11 | 9927 | 505.23 | 3/11 | 9951 | 284.91 | 3/24 | 9977 | 467.24 |
| 3/12 | 9928 | 226.07 | 3/26 | 9952 | 1,200.00 | 3/24 | 9978 | 457.77 |
| 3/10 | 9929 | 676.94 | 3/25 | 9953 | 1,200.00 | 3/24 | 9979 | 871.40 |
| 3/10 | 9930 | 698.98 | 3/25 | 9954 | 1,886.30 | 3/25 | 9980 | 686.12 |
| 3/24 | 9931 | 25.99 | 3/25 | 9955 | 626.53 | 3/25 | 9981 | 1,588.75 |
| 3/13 | 9932 | 2,500.00 | 3/24 | 9956 | 559.83 | 3/25 | 9982 | 502.36 |
| 3/10 | 9933 | 800.09 | 3/25 | 9957 | 1,250.00 | 3/25 | 9983 | 457.45 |
| 3/11 | 9934 | 406.98 | 3/24 | 9958 | 1,104.00 | 3/24 | 9984 | 543.19 |
| 3/10 | 9935 | 1,252.47 | 3/25 | 9959 | 1,125.29 | 3/25 | 9986 * | 126.86 |
| 3/10 | 9936 | 478.86 | 3/27 | 9960 | 299.98 | 3/26 | 9987 | 385.61 |
| 3/10 | 9937 | 903.65 | 3/24 | 9961 | 420.23 | 3/25 | 9988 | 134.22 |
| 3/12 | 9938 | 542.54 | 3/25 | 9962 | 462.65 | | | |
| 3/12 | 9939 | 989.75 | 3/24 | 9963 | 658.98 | | | |

* Denotes Missing Check Number

**Continued on Next Page**



Page:          **4 of 10**
Statement Date:   **03/31/20**
Primary Account:  **XXXXXXXX3542**

Daily Balance



| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 3/02 | 1,133.07- | 3/11 | 11,043.09 | 3/25 | 7,108.95 |
| 3/03 | 866.93 | 3/12 | 3,919.16 | 3/26 | 4,370.29 |
| 3/06 | 35,866.93 | 3/13 | 712.45 | 3/27 | 3,676.63 |
| 3/09 | 23,738.17 | 3/16 | 872.72 | | |
| 3/10 | 14,224.47 | 3/24 | 19,502.18 | | |

3-PAR-006-000112-001-005-200403 000112 S05

Date                03/31/20        Page 5 of 10
Primary Acct No.        XXXXXXXX3542

| 03/24/2020 | 9896 | $35.38 | 03/02/2020 | 9914 | $1419.64 |
| 03/09/2020 | 9918 | $1200.00 | 03/09/2020 | 9919 | $1200.00 |
| 03/09/2020 | 9920 | $1886.30 | 03/09/2020 | 9921 | $626.53 |
| 03/10/2020 | 9922 | $476.89 | 03/12/2020 | 9923 | $1250.00 |
| 03/10/2020 | 9924 | $1200.00 | 03/10/2020 | 9925 | $1125.29 |
| 03/10/2020 | 9926 | $299.98 | 03/11/2020 | 9927 | $505.23 |

Date                03/31/20    Page 6 of 10
Primary Acct No.    XXXXXXXX3542

| Date | Check No. | Amount |
|------|-----------|--------|
| 03/12/2020 | 9928 | $226.07 |
| 03/10/2020 | 9929 | $676.94 |
| 03/10/2020 | 9930 | $698.98 |
| 03/24/2020 | 9931 | $25.99 |
| 03/13/2020 | 9932 | $2500.00 |
| 03/13/2020 | 9933 | $800.09 |
| 03/11/2020 | 9934 | $406.98 |
| 03/11/2020 | 9935 | $1252.47 |
| 03/10/2020 | 9936 | $478.86 |
| 03/10/2020 | 9937 | $903.65 |
| 03/12/2020 | 9938 | $542.54 |
| 03/12/2020 | 9939 | $989.75 |

Date  03/31/20  Page 7 of 10
Primary Acct No.  XXXXXXXX3542

| | | |
|---|---|---|
| 03/13/2020 | 9940 | $706.71 |
| 03/12/2020 | 9941 | $1445.11 |
| 03/11/2020 | 9942 | $434.04 |
| 03/10/2020 | 9943 | $589.93 |
| 03/11/2020 | 9944 | $929.17 |
| 03/12/2020 | 9945 | $1340.38 |
| 03/12/2020 | 9946 | $1330.08 |
| 03/10/2020 | 9947 | $516.87 |
| 03/10/2020 | 9948 | $493.75 |
| 03/11/2020 | 9949 | $400.19 |
| 03/11/2020 | 9950 | $220.86 |
| 03/11/2020 | 9951 | $284.91 |

Date                03/31/20    Page 8 of 10
Primary Acct No.    XXXXXXXX3542

| 03/26/2020 | 9952 | $1200.00 | 03/25/2020 | 9953 | $1200.00 |
| 03/25/2020 | 9954 | $1886.30 | 03/25/2020 | 9955 | $626.53 |
| 03/24/2020 | 9956 | $559.83 | 03/25/2020 | 9957 | $1250.00 |
| 03/24/2020 | 9958 | $1104.00 | 03/25/2020 | 9959 | $1125.29 |
| 03/27/2020 | 9960 | $299.98 | 03/24/2020 | 9961 | $420.23 |
| 03/25/2020 | 9962 | $462.65 | 03/24/2020 | 9963 | $658.98 |

Date            03/31/20      Page 9 of 10
Primary Acct No.      XXXXXXXX3542

| Date | Check No. | Amount |
|------|-----------|--------|
| 03/24/2020 | 9964 | $858.75 |
| 03/24/2020 | 9967 | $794.36 |
| 03/24/2020 | 9968 | $248.48 |
| 03/24/2020 | 9969 | $1191.46 |
| 03/26/2020 | 9970 | $611.85 |
| 03/24/2020 | 9971 | $527.06 |
| 03/24/2020 | 9972 | $855.61 |
| 03/27/2020 | 9973 | $393.68 |
| 03/25/2020 | 9974 | $752.11 |
| 03/26/2020 | 9975 | $541.20 |
| 03/25/2020 | 9976 | $2052.04 |
| 03/24/2020 | 9977 | $467.24 |

3PAR-006-000112-C01-005-203403-000112  S05

Date                03/31/20        Page 10 of 10
Primary Acct No.    XXXXXXXX3542

| Date | Check No. | Amount |
|------|-----------|--------|
| 03/24/2020 | 9978 | $457.77 |
| 03/24/2020 | 9979 | $871.40 |
| 03/25/2020 | 9980 | $686.12 |
| 03/25/2020 | 9981 | $1588.75 |
| 03/25/2020 | 9982 | $502.36 |
| 03/24/2020 | 9983 | $457.45 |
| 03/24/2020 | 9984 | $543.19 |
| 03/25/2020 | 9986 | $126.86 |
| 03/26/2020 | 9987 | $385.61 |
| 03/25/2020 | 9988 | $134.22 |