UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
REGIONAL MEDICAL TRANSPORTATION INC.

NO. 19-15513 AMC
CHAPTER 11
HEARING

NOTICE OF HEARING

Please take notice that creditors, Elisa Ayala and Saul Santiago will be making application for relief from the stay provisions of the Bankruptcy Code on August 3, 2020 at 11:00 A.M. in Courtroom 4 of the United States Courthouse, 900 Market Street, Philadelphia, PA.

RESPECTFULLY SUBMITTED

BROWNSTEIN VITALE & WEISS, P.C.

BY: _____
GARY BROWNSTEIN, ESQUIRE
Two Penn Center
1500 JFK Blvd. Suite 1020
Philadelphia, PA 19102
garybrownstein@bvwlawyers.com
Phone: 215-751-1600
Fax:   215-751-1660
PA Bar# 36431