UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
REGIONAL MEDICAL TRANSPORTATION INC.

                          NO. 19-15513 AMC
                          CHAPTER 11
                          HEARING

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 11, 2020, I served a true and correct copy of a Notice of the rescheduled hearing date for August 3, 2020 on the following persons, in the noted manner-by first class mail addressed as follows:

Regional Medical Transportation, Inc.
1695 Huntingdon Road
Huntingdon Valley, PA 19006

Kevin P. Callahan, Esquire
United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106-2912

John A. Gagliardi, Esquire
Wetzel Gagliardi Fetter & Lavin LLC
101 E. Evans Street
Walnut Building- Suite A
West Chester, PA 19380

See, attached matrix list (notice only)

                          BROWNSTEIN VITALE & WEISS, P.C.

                          BY: _____
                              GARY BROWNSTEIN, ESQUIRE