## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| REGIONAL MEDICAL | : | |
| TRANSPORTATION, INC. | : | Case No. 19-15513-amc |
| | : | |
| Debtor | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2020, upon consideration of the First Fee Application of Wetzel Gagliardi Fetter & Lavin LLC as Counsel for Regional Medical Transportation, Inc., for the period September 1, 2019 through May 31, 2020, it is hereby ORDERED and DECREED that:

1. The application is GRANTED.

2. Wetzel Gagliardi Fetter & Lavin LLC, counsel for Regional Medical Transportation, Inc. (the "Debtor"), is allowed compensation in the amount of $41,817.50 for services rendered and reimbursement of expenses in the amount of $1,937.35.

3. The Debtor is authorized to pay Wetzel Gagliardi Fetter& Lavin LLC the amounts allowed, less monies previously paid as a retainer, forthwith from funds in the bankruptcy estate.

BY THE COURT:

_____

**Date: July 2, 2020**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE