United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Regional Medical Transportation, Inc.  
      Debtor

Case No. 19-15513-amc  
Chapter 11

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: PaulP<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Jul 02, 2020 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.
```
db             +Regional Medical Transportation, Inc.,    1695 Huntingdon Road,
                 Huntingdon Valley, PA 19006-4412
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:
```
          ALLEN B. DUBROFF     on behalf of Creditor    Elisa Ayala and Saul Santiago allen@dubrofflawllc.com,
           adminassistant@dubrofflawllc.com,john@dubrofflawllc.com,sherri@dubrofflawllc.com
          ALLEN B. DUBROFF     on behalf of Debtor     Regional Medical Transportation, Inc.
           allen@dubrofflawllc.com,  adminassistant@dubrofflawllc.com,john@dubrofflawllc.com,
           sherri@dubrofflawllc.com
          GEORGE M. CONWAY     on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
          HOWARD GERSHMAN     on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          JASON T LAROCCO     on behalf of Attorney    LogistiCare Solutions, LLC jlarocco@regerlaw.com
          JOHN A. GAGLIARDI     on behalf of Debtor    Regional Medical Transportation, Inc.
           jgagliardi@wgflaw.com
          JOHN A. GAGLIARDI     on behalf of     Wetzel Gagliardi Fetter & Lavin LLC jgagliardi@wgflaw.com
          KEVIN P. CALLAHAN     on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          MATTHEW R. EPSTEIN     on behalf of Creditor Patrick  Pizzella epstein.matthew.r@dol.gov
          NATHALIE PAUL     on behalf of Creditor    Citizens Bank, N.A. npaul@weltman.com,
           pitecf@weltman.com
          REBECCA ANN SOLARZ     on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          REGINA  COHEN    on behalf of Creditor    Ally Bank rcohen@lavin-law.com,  ksweeney@lavin-law.com
          United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG     on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler
           Capital ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          YONIT A. CAPLOW    on behalf of Creditor    Sterling National Bank, f/k/a Advantage Funding
           Commercial Capital Corp. ycaplow@dilworthlaw.com,  cchapman-tomlin@dilworthlaw.com,
           cct@dilworthlaw.com;mdolan@dilworthlaw.com
                                                                                             TOTAL: 15
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In Re: | : | Chapter 11 |
|---|---|---|
|  | : |  |
| REGIONAL MEDICAL | : |  |
| TRANSPORTATION, INC. | : | Case No. 19-15513-amc |
|  | : |  |
| Debtor | : |  |

**ORDER**

**AND NOW**, this _____ day of _____, 2020, upon consideration of the First Fee Application of Wetzel Gagliardi Fetter & Lavin LLC as Counsel for Regional Medical Transportation, Inc., for the period September 1, 2019 through May 31, 2020, it is hereby ORDERED and DECREED that:

1. The application is GRANTED.

2. Wetzel Gagliardi Fetter & Lavin LLC, counsel for Regional Medical Transportation, Inc. (the "Debtor"), is allowed compensation in the amount of $41,817.50 for services rendered and reimbursement of expenses in the amount of $1,937.35.

3. The Debtor is authorized to pay Wetzel Gagliardi Fetter& Lavin LLC the amounts allowed, less monies previously paid as a retainer, forthwith from funds in the bankruptcy estate.

BY THE COURT:

**Date: July 2, 2020**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE