**Fill in this information to identify the case:**

Debtor Name: Regional Medical Transportation, Inc.

United States Bankruptcy Court for the: Eastern District of Penna.

Case number: 19-15513 AMC

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: April, 2020

Date report filed: 5/20/20
MM / DD / YYYY

Line of business: Ambulatory Health Care Transportation

NAISC code: 6219

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Nikanor Broytman, Vice President

Original signature of responsible party: /s/Nikanor Broytman, Vice President

Printed name of responsible party: Nikanor Broytman, Vice President

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | Yes | No | N/A |
|---|---|---|---|
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name  Regional Medical Transportation, Inc.

Case number  19-15513 AMC

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☒ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 33,985

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 106,206

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 64,196

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 42,010

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 75,995

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    (Exhibit E)

    $ 22,352

Debtor Name: Regional Medical Transportation, Inc.

Case number: 19-15513 AMC

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables  $ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  45
27. What is the number of employees as of the date of this monthly report?  11

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ 4,875
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 19,350
30. How much have you paid this month in other professional fees?  $ 0.00
31. How much have you paid in total other professional fees since filing the case?  $ 24,225

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month.
Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>Projected<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>Actual<br>Copy lines 20-22 of this report. | = | Column C<br>Difference<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. Cash receipts | $ 104,205 | − | $ 106,206 | = | $ (2,001) |
| 33. Cash disbursements | $ 84,519 | − | $ 64,196 | = | $ 20,323 |
| 34. Net cash flow | $ 19,686 | − | $ 42,010 | = | $ (22,324) |

35. Total projected cash receipts for the next month:  $ 20,910
36. Total projected cash disbursements for the next month:  − $ 51,020
37. Total projected net cash flow for the next month:  = $ (30,110)

Debtor Name: Regional Medical Transportation, Inc.

Case number: 19-15513 AMC

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [x] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

| In re Regional Medical Transportation, Inc. | Debtor | | | Case No. **19-15513 AMC** | | | |
|---|---|---|---|---|---|---|---|
| | | | | Reporting Period: **April, 2020** | | | |
| | Estimate | Amount | | Check | | Amount Paid | |
| Payee | Period Covered | Approved | Payor | Number | Date | Fees | Expenses |
| Payroll Check Date: 4/10/20 | April, 2020 | $ 16,205.00 | RMT a/c 3542 | | 4/10/2020 | | $ 18,926.76 |
| Payroll Check Date: 4/24/20 | April, 2020 | $ 16,205.00 | RMT a/c 3542 | | 4/24/2020 | | $ 13,827.20 |
| U S Trustee | April, 2020 | $ 4,875.00 | RMT a/c 3569 | online | 4/14/2020 | $ 4,875.00 | |
| DOL Payment (Penalty) | April, 2020 | $ 3,373.00 | | | | | |
| Wetzel Gagliardi (Deptors Attornys) | April, 2020 | $ 750.00 | | | | | |
| City of Philadelphia | April, 2020 | $ 103.76 | | | | | |
| Internal Revenue Service | | | | | | | |
| Non-Priority Unsecured Creditors | April, 2020 | $ 1,500.00 | | | | | |
| PAM-PA Turnpike | | | | | | | |
| UFC Ins Auto Liability | | | RMT a/c 3569 | online | 4/20/2020 | | $ 293.72 |
| T- Mobile - Telephones | April, 2020 | $ 949.47 | RMT a/c 3569 | auto | 4/16/20, 4/17/20 | | $ 949.47 |
| FIRST Insurance -General.Liability.Ins. | April, 2020 | $ 609.41 | RMT a/c 3569 | online | 4/20/2020 | | $ 584.46 |
| Quest Diagnostics- Laboratory Fee | April, 2020 | $ 110.00 | | | | | |
| EastCost Fuel | April, 2020 | $ 4,000.00 | | | | | |
| Advantage (Repair Truck Body) | April, 2020 | $ 5,940.00 | RMT a/c 3569 | online | 4/4/20, 4/20/20 | | $ 5,940.00 |
| Progressive Auto Insurance | April, 2020 | $ 456.62 | RMT a/c 3569 | online | 4/14/2020 | | $ 162.90 |
| Vehicle Maintenance | April, 2020 | $ 3,300.00 | RMT a/c 3569 | 162,161 | 4/18/2020 | | $ 700.00 |
| Reliant Transportation (Rent office) | April, 2020 | $ - | | | | | $ - |
| Comcast / Communication | April, 2020 | $ 616.08 | RMT a/c 3569 | online | 4/25/2020 | | $ 343.64 |
| Honest Auto Body (Repair Truck) | April, 2020 | $ 2,670.00 | RMT a/c 3569 | online | 4/15/2020 | | $ 2,670.00 |
| L.J. (Repair Truck Body) | April, 2020 | $ 1,369.60 | RMT a/c 3569 | online | 4/20/2020 | | $ 669.60 |
| Suplies Office (Staples) | April, 2020 | $ 348.95 | RMT a/c 3569 | online | 4/23/2020 | | $ 628.91 |
| Profesional Development | | | | | | | |
| State Worker Compensation | April, 2020 | $ 1,350.00 | | | | | |
| Global VoIP Communication (phone) | April, 2020 | $ 181.96 | RMT a/c 3569 | online | 4/8/2020 | | $ 236.91 |
| Verizon Telephone | April, 2020 | $ 205.70 | RMT a/c 3569 | online | 4/6/2020 | | $ 175.70 |
| US PremiumFinance - Auto Liability | April, 2020 | $ 5,213.09 | RMT a/c 3569 | online | 4/2/2020 | | $ 5,213.09 |
| Computer Expense | April, 2020 | $ 462.95 | | online | 4/9/20, 4/14/20 | | $ 676.83 |
| Postage and Delivery | April, 2020 | $ 41.60 | | | | | |
| Diamond Check Cashing | April, 2020 | $ 1,000.00 | | | | | |
| Peco (Utilities) | April, 2020 | $ 344.19 | RMT a/c 3569 | online | 4/30/2020 | | $ 344.19 |
| Cleaning Service & Supplies | April, 2020 | $ 316.70 | | | | | |
| PA UC Fund Tax | April, 2020 | $ 495.14 | RMT a/c 3569 | online | 4/30/2020 | | $ 990.28 |
| Violation Fee | April, 2020 | $ 100.00 | | | | | |
| Holiday Expense | | | | | | | |
| Allstate Auto Insurance | April, 2020 | $ 629.38 | RMT a/c 3569 | online | 4/16/2020 | | $ 528.38 |
| Notarial Fee | | | | | | | |
| Pre-Employment Screening | April, 2020 | $ 250.00 | | | | | |
| Byline Finance (Rent Equipment) | April, 2020 | $ 857.36 | RMT a/c 3569 | 160, 165 | 4/1/20, 4/21/20 | | $ 857.36 |
| Utilities | April, 2020 | $ 260.00 | RMT a/c 3569 | online | 4/15/2020 | | $ 272.44 |
| Waste Management | April, 2020 | $ 114.00 | | | | | |
| Cars | | | | | | | |
| 76 Honda | April, 2020 | $ 520.00 | | | | | |
| 77 Honda | April, 2020 | $ 578.98 | | | | | |
| 103,104,105,106,107,107,124 (Santander) | April, 2020 | $ 1,646.85 | | | | | |
| 108 Ford Credit | April, 2020 | $ 657.56 | | | | | |
| 113,114,118,119 ( Ally) | April, 2020 | $ 1,075.87 | | | | | |
| 121 Citizens Bank | April, 2020 | $ 353.00 | | | | | |
| 126, 127, 128 (Sterling Nationl Bank) | April, 2020 | $ 1,553.00 | | | | | |
| 130 Ford Cfedit | April, 2020 | $ 362.37 | | | | | |
| 133 Mercedes-Benz | April, 2020 | $ 972.56 | RMT a/c 3569 | online | 4/13/2020 | | $ 2,042.38 |
| Toyota Sienna | April, 2020 | $ 594.87 | | | | | |
| Toyota Sequoia | April, 2020 | $ 999.97 | | | | | |
| Toyota Rav. | | | RMT a/c 3569 | 166 | 4/28/2020 | | $ 486.71 |
| Total: | | $ 84,518.99 | | | | $ 4,875.00 | $ 57,520.93 |

1

# Category Summary

*RMT Profit & Loss Report April, 2020*

| | |
|---|---|
| Date Range: | Custom Dates (4/1/2020 – 4/30/2020) |
| Accounts: | 1779-RMT-Payroll DIP, 3542-RMT-Payroll DIP, and 1 more |
| Categories: | All Categories |
| Tags: | All Tags |
| Type: | Custom |

☐ Show Memo/Notes

### ▼ Money In   $106,205.81
- Patient Fee LogistiCare    $96,176.97
- Patient Fee Uber    $10,028.84

### ▼ Money Out   -$64,195.93
- Auto & Transport    -$2,529.09
- Auto Payment    -$2,529.09
- Communication Service    -$15.00
- Computer Expense    -$676.83
- Insurance Auto Liability    -$6,198.09
- Insurance General Liability    -$584.46
- Legal-Prof Fees    -$4,875.00
- PA Garnish    -$402.00

| Category | Amount |
|---|---|
| Payroll | -$28,597.06 |
| Payroll Service Fee | -$145.90 |
| Payroll Tax | -$3,938.27 |
| Rent Equipment | -$857.36 |
| Rent Office | -$1,800.00 |
| Repair Auto | -$9,979.60 |
| Supplies Office | -$628.91 |
| Tax PA UC Fund | -$990.28 |
| Telephone | -$1,362.08 |
| Utilities | -$616.00 |

▼ Other Transactions

| | |
|---|---|
| Money In: | $106,205.81 |
| Money Out: | -$64,195.93 |
| Net Total: | $42,009.88 |



**REPUBLIC BANK**
Two Liberty Place
50 S. 16th Street Ste 2400
Philadelphia, PA 19102

3PAR      Return Service Requested

Page:              1 of 3
Statement Date:    04/30/20
Primary Account:   XXXXXXXX1779
Enclosures         12

000125 0.8500 AV 0.389      TR00001

REGIONAL MEDICAL TRANSPORTATION INC
DEBTOR IN POSSESSION
PA-191553 AMC
1695 HUNTINGDON RD
HUNTINGDON VY, PA 19006-4412



**WE LOVE SMALL BUSINESSES**
We provide our customers with "big bank benefits" matched by the personal level of service you would expect from your favorite local store.
Ask us about business banking today.

## FREE BUSINESS CHECKING                                     Account: XXXXXXXX1779

| FREE BUSINESS CHECKING | | | |
|---|---|---|---|
| Account Number | XXXXXXXX1779 | Number of Enclosures | 12 |
| Previous Balance | .00 | Statement Dates | 4/21/20 Thru 4/30/20 |
| 3 Deposits/Credits | 15,250.87 | Days In The Statement Period | 10 |
| 14 Checks/Debits | 14,156.47 | Average Ledger | 5,299.34 |
| Service Charge | .00 | Average Collected | 5,299.34 |
| Interest Paid | .00 | | |
| Current Balance | 1,094.40 | | |

### Transaction Activity

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 4/24 | Trsf From Bus Ckg 0002 Confirmation Number 424200191 | | 14,200.00 | 14,200.00 |
| 4/24 | Regular Deposit | | 949.87 | 15,149.87 |
| 4/24 | Check 10007 | 794.36- | | 14,355.51 |
| 4/27 | Payroll Payroll Service Ctx    7218 | 72.40- | | 14,283.11 |
| 4/27 | Payroll Payroll Service Ctx    2786 | 201.00- | | 14,082.11 |
| 4/27 | Payroll Payroll Service Ctx    2786 | 2,199.44- | | 11,882.67 |
| 4/27 | Check 10010 | 366.17- | | 11,516.50 |
| 4/27 | Check 10004 | 390.40- | | 11,126.10 |
| 4/27 | Check 10011 | 593.51- | | 10,532.59 |
| 4/27 | Check 10008 | 853.61- | | 9,678.98 |
| 4/27 | Check 10005 | 1,250.00- | | 8,428.98 |
| 4/27 | Check 10003 | 1,886.30- | | 6,542.68 |
| 4/28 | Sipp Pymnt Allstate Ins CO CCD 000000001833447 | | 101.00 | 6,643.68 |

**Continued on Next Page**



Page: **2 of 3**
Statement Date: **04/30/20**
Primary Account: **XXXXXXXX1779**

## Transaction Activity (Continued)

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 4/28 | Check 10001 | 974.47- | | 5,669.21 |
| 4/28 | Check 10002 | 986.05- | | 4,683.16 |
| 4/28 | Check 10009 | 1,088.76- | | 3,594.40 |
| 4/28 | Check 10006 | 2,500.00- | | 1,094.40 |

## Summary by Check Number

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/28 | 10001 | 974.47 | 4/27 | 10005 | 1,250.00 | 4/28 | 10009 | 1,088.76 |
| 4/28 | 10002 | 986.05 | 4/28 | 10006 | 2,500.00 | 4/27 | 10010 | 366.17 |
| 4/27 | 10003 | 1,886.30 | 4/24 | 10007 | 794.36 | 4/27 | 10011 | 593.51 |
| 4/27 | 10004 | 390.40 | 4/27 | 10008 | 853.61 | | | |

* Denotes Missing Check Number

## Daily Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 4/21 | 0.00 | 4/27 | 6,542.68 | | |
| 4/24 | 14,355.51 | 4/28 | 1,094.40 | | |

Date                04/30/20        Page 3 of 3
Primary Acct No.    XXXXXXXX1779

| Date | Check # | Amount |
|---|---|---|
| 04/28/2020 | 10001 | $974.47 |
| 04/28/2020 | 10002 | $986.05 |
| 04/27/2020 | 10003 | $1886.30 |
| 04/27/2020 | 10004 | $390.40 |
| 04/27/2020 | 10005 | $1250.00 |
| 04/28/2020 | 10006 | $2500.00 |
| 04/24/2020 | 10007 | $794.36 |
| 04/27/2020 | 10008 | $853.61 |
| 04/28/2020 | 10009 | $1088.76 |
| 04/27/2020 | 10010 | $366.17 |
| 04/27/2020 | 10011 | $593.51 |

Check images (Regional Medical Transportation Inc., 2381 Philmont Ave Ste 115, Huntingdon Valley, PA 19006, Republic Bank):

- Check 10001, 04/24/20, $974.47 — Pay to: NADE BROYTHAN, 29 BEECHWOOD BOULEVARD, FEASTERVILLE, PA 19053
- Check 10002, 04/24/20, $986.05 — Pay to: VLADISLAV BROYTHAN, 29 BEECHWOOD BOULEVARD, FEASTERVILLE, PA 19053
- Check 10003, 04/24/20, $1886.30 — Pay to: NICK BROYTHAN, 1695 HUNTINGDON ROAD, HUNTINGDON VALLEY, PA 19006
- Check 10004, 04/24/20, $390.40 — Pay to: NATALYA BROYTHAN, 1005 FOSTER STREET, PHILADELPHIA, PA 19116
- Check 10005, 04/24/20, $1250.00 — Pay to: NAFISH BONDAREV, 2209 BERWYN PLACE, PHILADELPHIA, PA 19115
- Check 10006, 04/24/20, $2500.00 — Pay to: RALPH T PECCA, 2151 ROUTE 38 STE 315, CHERRY HILL, NJ 08002
- Check 10007, 04/24/20, $794.36 — Pay to: JAMES N PRICE, 1109 W SILVER STREET, PHILADELPHIA, PA 19133
- Check 10008, 04/24/20, $853.61 — Pay to: FAISAL M ADDELAAL, 1250 PROVIDENCE ROAD APT 94A, SECANE, PA 19018
- Check 10009, 04/24/20, $1088.76 — Pay to: ABDDUYEM HASSAN, 309 BARKER AVENUE, LANDSDOWNE, PA 19050
- Check 10010, 04/24/20, $366.17 — Pay to: MUSAB ELHASSAN, 6524 SAYBROOK AVE, PHILADELPHIA, PA 19142
- Check 10011, 04/24/20, $593.51 — Pay to: VIKTOR JOHN SIDOROV, 452 PARLIN STREET, PHILADELPHIA, PA 19116

3PAR-003-000125-001-002-200501 000125 S06

**REPUBLIC BANK**
Two Liberty Place
50 S. 16th Street Ste 2400
Philadelphia, PA 19102

3PAR   Return Service Requested

Page: 1 of 4
Statement Date: 04/30/20
Primary Account: XXXXXXXX3542
Enclosures: 21

000123 0.8500 AV 0.389   TR00001

REGIONAL MEDICAL TRANSPORTATION INC
DEBTOR IN POSSESSION
PA-191553 AMC CH 11
1695 HUNTINGDON RD
HUNTINGDON VY, PA 19006-4412

## WE LOVE SMALL BUSINESSES
We provide our customers with "big bank benefits" matched by the personal level of service you would expect from your favorite local store.
Ask us about business banking today.

### FREE BUSINESS CHECKING   Account: XXXXXXXX3542

| FREE BUSINESS CHECKING | | | |
|---|---|---|---|
| Account Number | XXXXXXXX3542 | Number of Enclosures | 21 |
| Previous Balance | 3,676.63 | Statement Dates | 4/01/20 Thru 4/30/20 |
| 6 Deposits/Credits | 18,571.54 | Days In The Statement Period | 30 |
| 23 Checks/Debits | 22,248.17 | Average Ledger | 3,053.88 |
| Service Charge | .00 | Average Collected | 3,053.88 |
| Interest Paid | .00 | | |
| Current Balance | .00 | | |

| Itemization of Overdraft And Returned Item Fees | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | 0.00 | 140.00 |
| Total Returned Item Fees | 35.00 | 35.00 |

### Transaction Activity

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 4/01 | Check 9966 | 2,500.00- | | 1,176.63 |
| 4/02 | Check 9992 | 1,150.77- | | 25.86 |
| 4/02 | Check 9993 | 1,150.77- | | 1,124.91- |
| 4/02 | Paid Item - NSF Fee | 35.00- | | 1,159.91- |
| 4/03 | Reverse NSF Fee | | 35.00 | 1,124.91- |
| 4/03 | Return Item Credit | | 1,150.77 | 25.86 |
| 4/03 | Trsf From Bus Ckg 0002 Confirmation Number 403200348 | | 10,000.00 | 10,025.86 |
| 4/03 | Return Item Fee-NSF/Ucf | 35.00- | | 9,990.86 |

Continued on Next Page



Page: **2 of 4**
Statement Date: **04/30/20**
Primary Account: **XXXXXXXX3542**



### Transaction Activity (Continued)

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 4/06 | Return Check# 9992 Altered/Fictitious | | 1,150.77 | 11,141.63 |
| 4/07 | NSF/OD/Unc Fee Refund Per Arsalan Khan | | 35.00 | 11,176.63 |
| 4/07 | Regular Deposit | | 6,200.00 | 17,376.63 |
| 4/07 | Debit | 73.50- | | 17,303.13 |
| 4/07 | Debit | 201.00- | | 17,102.13 |
| 4/07 | Debit | 295.42- | | 16,806.71 |
| 4/07 | Debit | 1,738.83- | | 15,067.88 |
| 4/08 | Debit | 390.40- | | 14,677.48 |
| 4/08 | Debit | 1,250.00- | | 13,427.48 |
| 4/08 | Debit | 1,886.30- | | 11,541.18 |
| 4/09 | Debit | 25.99- | | 11,515.19 |
| 4/10 | Debit | 531.17- | | 10,984.02 |
| 4/10 | Debit | 794.36- | | 10,189.66 |
| 4/13 | Debit | 575.17- | | 9,614.49 |
| 4/13 | Debit | 772.00- | | 8,842.49 |
| 4/13 | Debit | 1,200.00- | | 7,642.49 |
| 4/13 | Debit | 1,200.00- | | 6,442.49 |
| 4/13 | Debit | 1,717.80- | | 4,724.69 |
| 4/13 | Debit | 2,500.00- | | 2,224.69 |
| 4/15 | Debit | 1,274.82- | | 949.87 |
| 4/24 | Closing Withdrawal | 949.87- | | 0.00 |

### Summary by Check Number

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/01 | 9966 | 2,500.00 | 4/02 | 9992* | 1,150.77 | 4/02 | 9993 | 1,150.77 |

* Denotes Missing Check Number

### Daily Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 4/01 | 1,176.63 | 4/07 | 15,067.88 | 4/13 | 2,224.69 |
| 4/02 | 1,159.91- | 4/08 | 11,541.18 | 4/15 | 949.87 |
| 4/03 | 9,990.86 | 4/09 | 11,515.19 | 4/24 | 0.00 |
| 4/06 | 11,141.63 | 4/10 | 10,189.66 | | |

Date                04/30/20        Page 3 of 4
Primary Acct No.    XXXXXXXX3542

| Date | Check # | Amount |
|---|---|---|
| 04/08/2020 | 9965 | $25.99 |
| 04/01/2020 | 9966 | $2500.00 |
| 04/06/2020 | 9985 | $295.42 |
| 04/10/2020 | 9989 | $1200.00 |
| 04/10/2020 | 9990 | $1200.00 |
| 04/07/2020 | 9991 | $1886.30 |
| 04/02/2020 | 9992 | $1150.77 |
| 04/07/2020 | 9992 | $390.40 |
| 04/07/2020 | 9993 | $1250.00 |
| 04/10/2020 | 9994 | $575.17 |
| 04/10/2020 | 9995 | $2500.00 |
| 04/09/2020 | 9996 | $794.36 |



**REPUBLIC BANK**
Two Liberty Place
50 S. 16th Street Ste 2400
Philadelphia, PA 19102

3PAR    Return Service Requested

Page:    **1 of 4**
Statement Date:    **04/30/20**
Primary Account:    **XXXXXXXX3569**
Enclosures    **4**


000124 0.8500 AV 0.389    TR00001

REGIONAL MEDICAL TRANSPORTATION INC
DEBTOR IN POSSESSION
PA-191553 AMC CH 11
1695 HUNTINGDON RD
HUNTINGDON VY, PA 19006-4412



**WE LOVE SMALL BUSINESSES**
We provide our customers with "big bank benefits" matched by the personal level of service you would expect from your favorite local store.
Ask us about business banking today.

### FREE BUSINESS CHECKING — Account: XXXXXXXX3569

| FREE BUSINESS CHECKING | | Number of Enclosures | 4 |
|---|---|---|---|
| Account Number | XXXXXXXX3569 | Statement Dates | 4/01/20 Thru 4/30/20 |
| Previous Balance | 34,307.08 | Days In The Statement Period | 30 |
| 7 Deposits/Credits | 106,205.81 | Average Ledger | 70,334.27 |
| 40 Checks/Debits | 61,613.70 | Average Collected | 70,334.27 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 78,899.19 | | |

**Transaction Activity**

| Date | Description | Debits | Credits | Balance |
|---|---|---:|---:|---:|
| 4/01 | Check 160 | 428.68- | | 33,878.40 |
| 4/02 | Payment US Premium Finan CCD 299992258 | 5,213.09- | | 28,665.31 |
| 4/03 | Logisticar Logisticare CCD Regi0055 | | 33,052.15 | 61,717.46 |
| 4/03 | Transf To Bus Ckg 0001 Confirmation Number 403200348 | 10,000.00- | | 51,717.46 |
| 4/06 | EDI Paymnt Uber USA 6787 CCD 4hvawgh9naq8mz7 Ref*TN*4hvawgh9na\ | | 2,604.71 | 54,322.17 |
| 4/06 | Dbt Crd 1033 04/04/20 Dbo793jc Sq *Advanta Philadelphia PA C#**2284 | 1,080.00- | | 53,242.17 |
| 4/07 | Debit | 6,200.00- | | 47,042.17 |
| 4/08 | Dbt Crd 1454 04/07/20 Dbdc286u Global Voip 8882442014 PA C#**2284 | 145.26- | | 46,896.91 |
| 4/09 | Dbt Crd 1115 04/08/20 Dby75gj5 Strathmann Southampton PA C#**2284 | 5.61- | | 46,891.30 |

**Continued on Next Page**



Page: **2 of 4**
Statement Date: **04/30/20**
Primary Account: **XXXXXXXX3569**

### Transaction Activity (Continued)

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 4/09 | Dbt Crd 1211 04/08/20 Dblxikj6 Ijetdigital 12023658068 PA C#**2284 | 462.95- | | 46,428.35 |
| 4/09 | Dbt Crd 1304 04/08/20 Dbjz4xoz Lowes 0184 Philadelphia PA C#**2284 | 316.70- | | 46,111.65 |
| 4/10 | Logisticar Logisticare CCD Regi0055 | | 22,736.26 | 68,847.91 |
| 4/13 | EDI Paymnt Uber USA 6787 CCD Pptup6vydj7jqo5 Ref*TN*Pptup6vydj\ | | 2,144.96 | 70,992.87 |
| 4/13 | Web Pay Mbfs CCD 5001088221001 | 2,042.38- | | 68,950.49 |
| 4/14 | Dbt Crd 1255 04/13/20 Dbzd3bao Progressive 855-758-0945 OH C#**5278 | 162.90- | | 68,787.59 |
| 4/14 | POS Deb 0530 04/14/20 00066193 Amazon.com* Amazon.com Seattle WA C#**5278 | 213.88- | | 68,573.71 |
| 4/14 | Payment Quarterly Fee CCD 0000 | 4,875.00- | | 63,698.71 |
| 4/15 | Verizon Vz Billpay 9783397101 Web | 175.70- | | 63,523.01 |
| 4/15 | T-Mobile Pcs Svc 0000450304 Web | 451.64- | | 63,071.37 |
| 4/15 | Check 161 | 1,800.00- | | 61,271.37 |
| 4/16 | Dbt Crd 1241 04/16/20 Dbfk2rlv Comcast 800-Comcast NJ C#**5278 | 272.44- | | 60,998.93 |
| 4/16 | Ins Pymt Allstate Ins CO PPD 000000001833447 | 629.38- | | 60,369.55 |
| 4/17 | Logisticar Logisticare CCD Regi0055 | | 40,388.56 | 100,758.11 |
| 4/17 | Dbt Crd 1102 04/15/20 Dbw09f86 Berrodin PA Bensalem PA C#**2284 | 1,200.00- | | 99,558.11 |
| 4/17 | Dbt Crd 1114 04/16/20 Dbjcmgtl Lowes 0184 Philadelphia PA C#**2284 | 164.16- | | 99,393.95 |
| 4/17 | T-Mobile.com Pcs Svc 0000450304 Web | 497.83- | | 98,896.12 |
| 4/20 | Dbt Crd 1053 04/18/20 Dbl9dnku Sq *Advanta Philadelphia PA C#**2284 | 2,700.00- | | 96,196.12 |
| 4/20 | Check 162 | 700.00- | | 95,496.12 |
| 4/20 | Ins Prem United Fin Cas PPD 01423904 Regio | 293.72- | | 95,202.40 |
| 4/21 | EDI Paymnt Uber USA 6787 CCD Eujsd4mg64mw38f Ref*TN*Eujsd4mg64\ | | 2,363.12 | 97,565.52 |
| 4/21 | Check 165 | 428.68- | | 97,136.84 |
| 4/22 | Dbt Crd 0821 04/20/20 Db1753dd L. J. Autob Philadelphia PA C#**2284 | 669.60- | | 96,467.24 |
| 4/22 | Dbt Crd 0942 04/21/20 Dbvat53s Allvoi Mast 212-324-1221 NY C#**5278 | 26.70- | | 96,440.54 |
| 4/22 | Dbt Crd 0943 04/21/20 Dbs1i53y Allvoi Mast 212-324-1221 NY C#**5278 | 10.00- | | 96,430.54 |
| 4/22 | Dbt Crd 1034 04/21/20 Dbtzvmgw Insurance P 706-3223335 GA C#**5278 | 24.95- | | 96,405.59 |
| 4/22 | Dbt Crd 1034 04/21/20 Dbrzwxgw First Insur 800-8373707 IL C#**5278 | 584.46- | | 95,821.13 |
| 4/22 | Dbt Crd 1210 04/21/20 Dbh2i87o Lowes 0184 Philadelphia PA C#**2284 | 7.37- | | 95,813.76 |
| 4/22 | Dbt Crd 1926 04/22/20 Dbg0rajp Allvoi Mast 212-324-1221 NY C#**5278 | 30.00- | | 95,783.76 |
| 4/23 | Dbt Crd 1051 04/22/20 Dby2cdlf Staples Feasterville PA C#**2284 | 135.07- | | 95,648.69 |
| 4/23 | Dbt Crd 1131 04/22/20 Dbppdppu Sq *Advanta Phila PA C#**2284 | 2,160.00- | | 93,488.69 |
| 4/24 | Transf To Payroll Confirmation Number 424200191 | 14,200.00- | | 79,288.69 |
| 4/27 | EDI Paymnt Uber USA 6787 CCD 8229udgud44rwni Ref*TN*8229udgud4\ | | 2,916.05 | 82,204.74 |



3PAR-003-000124-001-002-200501 000124 S06

**Continued on Next Page**


**REPUBLIC BANK**

Page: **3 of 4**
Statement Date: **04/30/20**
Primary Account: **XXXXXXXX3569**

### Transaction Activity (Continued)

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 4/27 | Dbt Crd 1444 04/26/20 Dboh0cp7 Comcast 800-Comcast NJ C#**5278 | 343.56- | | 81,861.18 |
| 4/28 | Checkpaymt Tmcc Check # 0166 | 486.71- | | 81,374.47 |
| 4/29 | Dbt Crd 1235 04/27/20 Dbgagyfg Berrodin PA Bensalem PA C#**2284 | 1,470.00- | | 79,904.47 |
| 4/30 | Dbt Crd 0137 04/30/20 Dbgj860g Myfax *Pro 866-563-9212 CA C#**2284 | 15.00- | | 79,889.47 |
| 4/30 | Padliuccon Unemp Comp Eft CCD 7539810 Txp*474960669 *Uc000*2006 30*T*0000099028\ | 990.28- | | 78,899.19 |

### Summary by Check Number

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/01 | 160 | 428.68 | 4/20 | 162 | 700.00 | 4/28 | 166 | -See above- |
| 4/15 | 161 | 1,800.00 | 4/21 | 165* | 428.68 | | | |

* Denotes Missing Check Number

### Daily Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 4/01 | 33,878.40 | 4/13 | 68,950.49 | 4/23 | 93,488.69 |
| 4/02 | 28,665.31 | 4/14 | 63,698.71 | 4/24 | 79,288.69 |
| 4/03 | 51,717.46 | 4/15 | 61,271.37 | 4/27 | 81,861.18 |
| 4/06 | 53,242.17 | 4/16 | 60,369.55 | 4/28 | 81,374.47 |
| 4/07 | 47,042.17 | 4/17 | 98,896.12 | 4/29 | 79,904.47 |
| 4/08 | 46,896.91 | 4/20 | 95,202.40 | 4/30 | 78,899.19 |
| 4/09 | 46,111.65 | 4/21 | 97,136.84 | | |
| 4/10 | 68,847.91 | 4/22 | 95,783.76 | | |

Date            04/30/20        Page 4 of 4
Primary Acct No.    XXXXXXXXX3569



| | | |
|---|---|---|
| 04/01/2020 | 160 | $428.68 |
| 04/15/2020 | 161 | $1800.00 |
| 04/20/2020 | 162 | $700.00 |
| 04/21/2020 | 165 | $428.68 |

3PAR-003-000124-001-002-200501 000124   S06