**Fill in this information to identify the case:**

Debtor Name: Regional Medical Transportation, Inc.

United States Bankruptcy Court for the: Eastern District of Penna.

Case number: 19-15513 AMC

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11            12/17

Month: May, 2020                            Date report filed: 6/20/20
                                                               MM / DD / YYYY
Line of business: Ambulatory Health Care Transportation    NAISC code: 6219

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Nikanor Broytman, Vice President

Original signature of responsible party: /s/

Printed name of responsible party: Nikanor Broytman, Vice President

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*. | | | |
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*. | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C        Monthly Operating Report for Small Business Under Chapter 11        page 1

Debtor Name: Regional Medical Transportation, Inc.

Case number: 19-15513 AMC

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☒ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**
This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 42,010

20. **Total cash receipts**
Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.     $ 24,286

21. **Total cash disbursements**
Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.     – $ 53,232

22. **Net cash flow**
Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ (28,946)

23. **Cash on hand at the end of the month**
Add line 22 + line 19. Report the result here.
Report this figure as the *cash on hand at the beginning of the month* on your next operating report.
This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 13,064

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**
(Exhibit E)

$ 20,595

Debtor Name: Regional Medical Transportation, Inc.

Case number: 19-15513 AMC

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables
    (Exhibit F)                                                           $ 0.00

## 5. Employees

26. What was the number of employees when the case was filed?              45
27. What is the number of employees as of the date of this monthly report?  11

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 24,225
30. How much have you paid this month in other professional fees?                                     $ 0
31. How much have you paid in total other professional fees since filing the case?                    $ 24,225

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>Projected | − | Column B<br>Actual | = | Column C<br>Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | $ 20,910 | − | $ 24,286 | = | $ (3,376) |
| 33. Cash disbursements | $ 51,020 | − | $ 53,232 | = | $ (2,212) |
| 34. Net cash flow | $ (30,110) | − | $ (28,946) | = | $ (1,164) |

35. Total projected cash receipts for the next month:           $ 14,600
36. Total projected cash disbursements for the next month:    − $ 36,807
37. Total projected net cash flow for the next month:         = $ (22,207)

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page 3

Debtor Name: Regional Medical Transportation, Inc.

Case number: 19-15513 AMC

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [x] 39. Bank reconciliation reports for each account.
- [x] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [x] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

In re  Regional Medical Transportation, Inc.    Debtor

Case No. **19-15513 AMC**

Reporting Period: **MAY, 2020**

| Payee | Estimate Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses |
|---|---|---|---|---|---|---|---|
| Payroll Check Date: 5/08/20 | May, 20 | $ 14,400.00 | RMT a/c 1779 | | 5/8/2020 | | $ 14,854.96 |
| Payroll Check Date: 5/22/20 | May, 20 | $ 14,400.00 | RMT a/c 1779 | | 5/22/2020 | | $ 15,814.46 |
| | | | | | | | |
| U S Trustee | May, 20 | $ - | | | | | |
| DOL Payment (Penalty) | May, 20 | $ - | | | | | |
| Wetzel Gagliardi (Deptors Attornys) | May, 20 | $ - | | | | | |
| City of Philadelphia | May, 20 | $ - | | | | | |
| Non-Priority Unsecured Creditors | May, 20 | $ - | | | | | |
| Advertisement | May, 20 | $ - | RMT a/c 3569 | online | 5/14/2020 | | $ 489.76 |
| Uniforms | May, 20 | $ - | RMT a/c 3569 | online | 5/6/2020 | | $ 576.01 |
| T- Mobile - Telephones | May, 20 | $ 517.49 | RMT a/c 3569 | online | 5/15/2020 | | $ 517.49 |
| FIRST Insurance -General.Liability.Ins. | May, 20 | $ 600.00 | RMT a/c 3569 | online | 5/18/2020 | | $ 599.46 |
| Quest Diagnostics- Laboratory Fee | May, 20 | $ 330.00 | RMT a/c 3569 | online | 5/12/2020 | | $ 330.00 |
| EastCost Fuel | May, 20 | $ 2,000.00 | | | | | |
| Advantage (Repair Truck Body) | May, 20 | $ 2,052.00 | RMT a/c 3569 | online | 5/11/20, 5/18/20 | | $ 2,052.00 |
| Progressive Auto Insurance | May, 20 | $ 521.00 | RMT a/c 3569 | online | 5/19/2020 | | $ 520.86 |
| Maintenance & Repairs | May, 20 | $ 200.00 | RMT a/c 3569 | online | 5/18/20, 5/21/20 | | $ 470.64 |
| Reliant Transportation (Rent office) | May, 20 | $ - | | | | | |
| Comcast / Communication | May, 20 | $ 789.05 | RMT a/c 3569 | online | 5/4/20, 5/12/20 | | $ 1,061.20 |
| Honest Auto Body (Repair Truck) | May, 20 | $ 2,900.00 | RMT a/c 3569 | online | 5/8/20, 5/21/20 | | $ 2,900.00 |
| L.J. (Repair Truck Body) | May, 20 | $ - | RMT a/c 3569 | online | 5/15/2020 | | $ 796.37 |
| Suplies Office (Staples) | May, 20 | $ 200.00 | RMT a/c 3569 | online | 5/11/20, 5/18/20 | | $ 524.15 |
| Employee Safety | May, 20 | $ - | RMT a/c 3569 | online | 5/14/20, 5/28/20 | | $ 1,385.76 |
| State Worker Compensation | May, 20 | $ 1,350.00 | RMT a/c 3569 | online | 5/5/2020 | | $ 1,350.00 |
| Global VoIP Communication (phone) | May, 20 | $ 145.26 | RMT a/c 3569 | online | 5/11/2020 | | $ 145.26 |
| Verizon Telephone | May, 20 | $ 175.34 | RMT a/c 3569 | online | 5/12/2020 | | $ 175.34 |
| US PremiumFinance - Auto Liability | May, 20 | $ 5,016.38 | RMT a/c 3569 | online | 5/4/2020 | | $ 5,016.38 |
| Computer Expense | May, 20 | $ 486.00 | RMT a/c 3569 | online | 5/11/2020 | | $ 63.55 |
| Postage and Delivery | May, 20 | $ - | | | | | |
| Diamond Check Cashing | May, 20 | $ 456.32 | | | | | |
| Peco (Utilities) | May, 20 | $ 340.00 | | | | | |
| Cleaning Service & Supplies | May, 20 | $ 900.00 | RMT a/c 3569 | online | 5/18/2020 | | $ 397.11 |
| PA UC Fund Tax | May, 20 | $ 495.14 | | | | | |
| Violation Fee | May, 20 | $ - | | | | | |
| EZ Pass (Auto Transportation) | May, 20 | $ 280.00 | RMT a/c 3569 | online | 5/21/2020 | | $ 280.00 |
| Allstate Auto Insurance | May, 20 | $ 626.37 | RMT a/c 3569 | online | 5/19/2020 | | $ 534.10 |
| Notarial Fee | May, 20 | $ - | | | | | |
| Pre-Employment Screening | May, 20 | $ 166.00 | RMT a/c 3569 | online | 5/22/2020 | | $ 166.00 |
| Byline Finance (Rent Equipment) | May, 20 | $ 428.68 | RMT a/c 3569 | online | 5/6/20, 5/27/20 | | $ 894.09 |
| Utilities | May, 20 | $ 272.15 | RMT a/c 3569 | online | 5/1/2020 | | $ 344.19 |
| Waste Management | May, 20 | $ - | | | | | |
| Cars | | | | | | | |
| 76 Honda | May, 20 | $ - | | | | | |
| 77 Honda | May, 20 | $ - | | | | | |
| 103,104,105,106,107,107,124 (Santander) | May, 20 | $ - | | | | | |
| 108 Ford Credit | May, 20 | $ - | | | | | |
| 113,114,118,119 ( Ally) | May, 20 | $ - | | | | | |
| 121 Citizens Bank | May, 20 | $ - | | | | | |
| 126, 127, 128 (Sterling Nationl Bank) | May, 20 | $ - | | | | | |
| 130 Ford Cfedit | May, 20 | $ - | | | | | |
| 133 Mercedes-Benz | May, 20 | $ 972.56 | RMT a/c 3569 | online | 5/5/2020 | | $ 972.56 |
| Toyota Sienna | May, 20 | $ - | | | | | |
| Toyota Sequoia | May, 20 | $ - | | | | | |
| Total: | | $ 51,019.74 | | | | $ - | $ 53,231.70 |

# Category Summary

*Profit & Loss Report May, 2020*
*Regional Medical Transportation, Inc.*
*Republic Bank*
*a/c 1779 & a/c 3569.*

| | |
|---|---|
| Date Range: | Custom Dates (5/1/2020 – 5/29/2020) |
| Accounts: | 1779-RMT-Payroll DIP, 3569-RMT-Republic |
| Categories: | All Categories |
| Tags: | All Tags |
| Type: | Custom |

☐ Show Memo/Notes

▼ **Money In**     $24,286.45
    Patient Fee LogistiCare     $7,694.88
    Patient Fee Uber     $16,591.57

▼ **Money Out**     -$53,231.70
    Advertisement     -$489.76
    Auto & Transport     -$1,252.56
    Auto Payment     -$972.56
    Tolls     -$280.00
    Cleaning Service & Supplies     -$397.11
    Computer Expense     -$63.55
    Employee Safety     -$1,385.76
    Insurance Auto Liability     -$6,071.34

*Continue*

*Continued*

| Category | Amount |
|---|---|
| Insurance General Liability | -$599.46 |
| Insurance Worker Compensation | -$1,350.00 |
| Laboratory Fee | -$330.00 |
| Maintenance & Repairs | -$470.64 |
| PA Garnish | -$402.00 |
| Payroll | -$25,852.71 |
| Payroll Service Fee | -$144.80 |
| Payroll Tax | -$4,269.91 |
| PreEmployment Screening | -$166.00 |
| Rent Equipment | -$894.09 |
| Repair Auto | -$5,748.37 |
| Supplies Office | -$524.15 |
| Telephone | -$838.09 |
| Uniforms | -$576.01 |
| Utilities | -$1,405.39 |

▼ Other Transactions

| | |
|---|---|
| Money In: | $24,286.45 |
| Money Out: | -$53,231.70 |
| Net Total: | -$28,945.25 |

# Category Summary — Bank Reconciliation report

| | |
|---|---|
| Date Range: | Custom Dates (5/1/2020 – 5/29/2020) |
| Accounts: | (1779-RMT-Payroll DIP) *Transfer from a/c 3569 RMT* |
| Categories: | All Categories |
| Tags: | All Tags |
| Type: | Custom |

☐ Show Memo/Notes

**▼ Money In** ......... $29,215.80

    Transfer ......... $29,215.80

**▼ Money Out** ......... -$30,213.10

    PA Garnish ......... -$402.00
    Payroll ......... -$25,396.39
    Payroll Service Fee ......... -$144.80
    Payroll Tax ......... -$4,269.91

| | |
|---|---|
| Money In: | $29,215.80 |
| Money Out: | -$30,213.10 |
| **Net Total:** | **-$997.30** |

# Category Summary

*Bank Reconciliation report*

| | |
|---|---|
| Date Range: | Custom Dates (5/1/2020 – 5/29/2020) |
| Accounts: | 3569-RMT-Republic |
| Categories: | All Categories |
| Tags: | All Tags |
| Type: | Custom |

☐ Show Memo/Notes

### ▼ Money In

| | |
|---|---:|
| Patient Fee LogistiCare | $24,286.45 |
| Patient Fee Uber | $7,694.88 |
| | $16,591.57 |

### ▼ Money Out

| | |
|---|---:|
| | -$52,234.40 |
| Advertisement | -$489.76 |
| Auto & Transport | -$1,252.56 |
| Auto Payment | -$972.56 |
| Tolls | -$280.00 |
| Cleaning Service & Supplies | -$397.11 |
| Computer Expense | -$63.55 |
| Employee Safety | -$1,385.76 |
| Insurance Auto Liability | -$6,071.34 |

| Category | Amount |
|---|---|
| Insurance General Liability | -$599.46 |
| Insurance Worker Compensation | -$1,350.00 |
| Laboratory Fee | -$330.00 |
| Maintenance & Repairs | -$470.64 |
| Payroll | -$456.32 |
| PreEmployment Screening | -$166.00 |
| Rent Equipment | -$894.09 |
| Repair Auto | -$5,748.37 |
| Supplies Office | -$524.15 |
| Telephone | -$838.09 |
| Transfer | -$29,215.80 |
| Uniforms | -$576.01 |
| Utilities | -$1,405.39 |

| | |
|---|---|
| Money In: | $24,286.45 |
| Money Out: | -$52,234.40 |
| Net Total: | -$27,947.95 |

```
                                          Date   5/29/20                 Page     1
                                          Account Number   @XXXXXXXXXX@3569
                                          Enclosures                         4



    REGIONAL MEDICAL TRANSPORTATION INC
    DEBTOR IN POSSESSION
    PA-191553 AMC CH 11
    1695 HUNTINGDON RD
    HUNTINGDON VY PA 19006




_____ CHECKING ACCOUNT _____

FREE BUSINESS CHECKING                    Number of Enclosures                 4
Account Number           @XXXXXXXXXX@3569 Statement Dates    5/01/20 thru 5/31/20
Previous Balance               78,899.19  Days in the statement period        31
    7 Deposits/Credits         24,378.72  Average Ledger                62,714.54
   59 Checks/Debits            52,326.67  Average Collected             62,714.54
Service Charge                       .00
Interest Paid                        .00
Current Balance                50,951.24
_____


Activity in Date Order
Date       Description                         Credits          Debits
 5/01 LOGISTICAR  LOGISTICARE              1,230.00                         80,129.19
      CCD   REGI0055
 5/01 DBT CRD 0340 04/30/20 DBKXU0AY                            344.19-     79,785.00
      PECO RESIDE
      800-494-4000     IL C#**5278
 5/04 EDI PAYMNT UBER USA 6787             4,278.67                         84,063.67
      CCD   DOYVJB3Q7QSSKKR
      REF*TN*DOYVJB3Q7Q
 5/04 DBT CRD 1348 05/02/20 DBQCH1LD                             78.46-     83,985.21
      TSC APPAREL
      8002895400      OH C#**2284
 5/04 DBT CRD 1009 05/04/20 DBHXP3WP                            272.15-     83,713.06
      COMCAST
      800-COMCAST    NJ C#**5278
 5/04 Payment    US Premium Finan                             5,016.38-     78,696.68
      CCD   304110444
 5/04 Check 169                                                 456.32-     78,240.36
 5/05 WEB PAY     MBFS                                          972.56-     77,267.80
      CCD   5001088221001
 5/05 Check 168                                               1,350.00-     75,917.80
 5/06 DBT CRD 0925 05/02/20 DBOQWG7B                            423.47-     75,494.33
      STAHLS
```

```
                                           Date   5/29/20              Page      2
                                           Account Number     @XXXXXXXXXX@3569
                                           Enclosures                           4



     REGIONAL MEDICAL TRANSPORTATION INC
     DEBTOR IN POSSESSION
     PA-191553 AMC CH 11
     1695 HUNTINGDON RD
     HUNTINGDON VY PA 19006


FREE BUSINESS CHECKING              @XXXXXXXXXX@3569   (Continued)

Activity in Date Order
Date       Description                          Credits         Debits
           800-478-2457   MI C#**2284
 5/06 DBT CRD 1348 05/04/20 DBXEHOK4                74.08-            75,420.25
           TSC APPAREL
           8002895400     OH C#**2284
 5/06 Check 167                                    428.68-            74,991.57
 5/08 DBT CRD 1113 05/06/20 DBXE08X8               900.00-            74,091.57
           BERRODIN PA
           BENSALEM       PA C#**2284
 5/08 Transf to PAYROLL                         13,400.00-            60,691.57
           Confirmation number   508200123
 5/11 EDI PAYMNT UBER USA 6787         4,154.77                       64,846.34
           CCD  HBCJTDAATOLOH6W
           REF*TN*HBCJTDAATO
 5/11 DBT CRD 1146 05/08/20 DBAVT78H             1,026.00-            63,820.34
           SQ *ADVANTA
           PHILADELPHIA   PA C#**2284
 5/11 DBT CRD 0904 05/09/20 DBMXVHQE                54.17-            63,766.17
           FELLERS INC
           9186214400     OK C#**2284
 5/11 DBT CRD 0905 05/09/20 DBEO23QG               197.64-            63,568.53
           FELLERS INC
           9186214400     OK C#**2284
 5/11 DBT CRD 1000 05/09/20 DBQBD5W8                63.55-            63,504.98
           SAI SUBSCPN
           UTAH           TX C#**2284
 5/11 DBT CRD 1301 05/09/20 DB3BSIRZ               145.26-            63,359.72
           GLOBAL VOIP
           8882442014     PA C#**2284
 5/12 VERIZON             VZ BillPay               175.34-            63,184.38
           9783397101     WEB
 5/12 ACHPayment QuestDiagnostics                  330.00-            62,854.38
           CTX   404762
 5/12 COMCAST             CABLE                    789.05-            62,065.33
           0000213249     WEB
 5/13 DBT CRD 0950 05/13/20 DBNUQ4XN               162.90-            61,902.43
           PROGRESSIVE
           855-758-0945   OH C#**5278
 5/14 DBT CRD 0816 05/13/20 DBEY7EIF                14.64-            61,887.79
           ETSY.COM
```

```
                                              Date   5/29/20              Page     3
                                              Account Number    @XXXXXXXXXX@3569
                                              Enclosures                          4



    REGIONAL MEDICAL TRANSPORTATION INC
    DEBTOR IN POSSESSION
    PA-191553 AMC CH 11
    1695 HUNTINGDON RD
    HUNTINGDON VY PA 19006


FREE BUSINESS CHECKING              @XXXXXXXXXX@3569   (Continued)

Activity in Date Order
Date       Description                         Credits         Debits
           BROOKLYN         NY  C#**5278
 5/14 POS DEB 1241 05/13/20 00467665                           56.25-        61,831.54
           AMAZON.COM*
           AMAZON.COM
           SEATTLE         WA  C#**5278
 5/14 DBT CRD 1055 05/14/20 DBRLBRIH                          277.06-        61,554.48
           FELLERS INC
           9186214400       OK  C#**2284
 5/15 LOGISTICAR LOGISTICARE                  6,464.88                       68,019.36
           CCD   REGI0055
 5/15 DBT CRD 0807 05/14/20 DB01T85J                          796.37-        67,222.99
           MOBILITYWOR
           RIVERTON         NJ  C#**2284
 5/15 DBT CRD 0859 05/15/20 DBL9ERQA                           62.62-        67,160.37
           FELLERS INC
           9186214400       OK  C#**2284
 5/15 DBT CRD 0859 05/15/20 DBL9ERQA                           65.87-        67,094.50
           FELLERS INC
           9186214400       OK  C#**2284
 5/15 DBT CRD 0859 05/15/20 DBL9ERQA                          212.70-        66,881.80
           FELLERS INC
           9186214400       OK  C#**2284
 5/15 T-MOBILE            PCS SVC                             451.36-        66,430.44
           0000450304       WEB
 5/18 EDI PAYMNT UBER USA 6787                4,775.25                       71,205.69
           CCD   QTRR5WLQHH6NV3Z
           REF*TN*QTRR5WLQHH
 5/18 DBT CRD 1039 05/15/20 DBZUV5CK                          370.02-        70,835.67
           FISHERS ACE
           HUNTINGDON VA PA C#**2284
 5/18 DBT CRD 1315 05/15/20 DBM7JUFK                        1,026.00-        69,809.67
           SQ *ADVANTA
           PHILADELPHIA    PA  C#**2284
 5/18 DBT CRD 1039 05/16/20 DBT1X2JG                          129.21-        69,680.46
           STRATHMANN
           SOUTHAMPTON     PA  C#**2284
 5/18 DBT CRD 1221 05/16/20 DBA81NK8                          212.70-        69,467.76
           LOWES   0184
```

```
                                             Date  5/29/20                Page     4
                                             Account Number   @XXXXXXXXXX@3569
                                             Enclosures                          4



    REGIONAL MEDICAL TRANSPORTATION INC
    DEBTOR IN POSSESSION
    PA-191553 AMC CH 11
    1695 HUNTINGDON RD
    HUNTINGDON VY PA 19006


FREE BUSINESS CHECKING              @XXXXXXXXXX@3569   (Continued)

Activity in Date Order
Date       Description                         Credits         Debits
           PHILADELPHIA    PA C#**2284
5/18 T-MOBILE.COM          PCS SVC                             66.13-         69,401.63
     0000450304            WEB
5/18 FIRST INSURANCE       INSURANCE                          599.46-         68,802.17
     2363437365            WEB
5/19 DBT CRD 1045 05/18/20 DBMUTWC0                            27.09-         68,775.08
     FISHERS ACE
     HUNTINGDON VA PA C#**2284
5/19 INS PREM    UNITED FIN CAS                               357.96-         68,417.12
     PPD   01423904    REGIO
5/19 ALLSTATE INS CO    INS PYMT                              626.37-         67,790.75
     1360719665         WEB
5/20 SIPP PYMNT ALLSTATE INS CO           92.27                               67,883.02
     CCD    000000001833447
5/21 DBT CRD 1022 05/19/20 DBYHGW6R                         2,000.00-         65,883.02
     BERRODIN PA
     BENSALEM         PA C#**2284
5/21 DBT CRD 0327 05/20/20 DBXEPX4J                           280.00-         65,603.02
     PTC EZ PASS
     8777366727       PA C#**2284
5/21 DBT CRD 1240 05/20/20 DBDL8V8C                           257.94-         65,345.08
     LOWES   0184
     PHILADELPHIA    PA C#**2284
5/21 POS DEB 1338 05/20/20 00163175                            55.94-         65,289.14
     AMAZON.COM*
     AMAZON.COM
     SEATTLE         WA C#**2284
5/21 POS DEB 1126 05/21/20 00297001                             6.99-         65,282.15
     AMAZON.COM*
     AMAZON.COM
     SEATTLE         WA C#**5278
5/22 POS DEB 0752 05/21/20 00000005                            73.02-         65,209.13
     AMAZON.COM*
     AMAZON.COM
     SEATTLE         WA C#**5278
5/22 POS DEB 0757 05/21/20 00000005                            33.30-         65,175.83
     AMAZON.COM*
```

```
                                              Date   5/29/20              Page      5
                                              Account Number    @XXXXXXXXXX@3569
                                              Enclosures                           4



     REGIONAL MEDICAL TRANSPORTATION INC
     DEBTOR IN POSSESSION
     PA-191553 AMC CH 11
     1695 HUNTINGDON RD
     HUNTINGDON VY PA 19006


FREE BUSINESS CHECKING                @XXXXXXXXXX@3569    (Continued)

Activity in Date Order
Date         Description                        Credits          Debits
             AMAZON.COM
             SEATTLE        WA C#**5278
 5/22 DBT CRD 0903 05/21/20 DBH84LWS                            166.00-        65,009.83
             PA DRIVER &
             7174125300     PA C#**2284
 5/22 POS DEB 0716 05/22/20 00000005                            180.20-        64,829.63
             AMAZON.COM*
             AMAZON.COM
             SEATTLE        WA C#**2284
 5/22 POS DEB 1050 05/22/20 00000004                            306.82-        64,522.81
             AMAZON.COM*
             AMAZON.COM
             SEATTLE        WA C#**2284
 5/22 POS DEB 1056 05/22/20 00000004                            175.95-        64,346.86
             AMAZON.COM*
             AMAZON.COM
             SEATTLE        WA C#**2284
 5/22 Transf to PAYROLL                                          15.80-        64,331.06
             Confirmation number   522200141
 5/22 Transf to PAYROLL                                      15,800.00-        48,531.06
             Confirmation number   522200144
 5/26 EDI PAYMNT UBER USA 6787                 3,382.88                        51,913.94
             CCD   KER72JTLU0BKENT
             REF*TN*KER72JTLU0
 5/26 POS DEB 0720 05/22/20 00000005                             25.41-        51,888.53
             AMAZON.COM*
             AMAZON.COM
             SEATTLE        WA C#**2284
 5/26 POS DEB 0721 05/22/20 00000005                            122.94-        51,765.59
             AMAZON.COM*
             AMAZON.COM
             SEATTLE        WA C#**2284
 5/26 POS DEB 0705 05/24/20 00000058                             61.46-        51,704.13
             AMAZON.COM*
             AMAZON.COM
             SEATTLE        WA C#**2284
 5/26 POS DEB 1156 05/24/20 00517515                            120.80-        51,583.33
             AMAZON.COM*
```

```
                                          Date  5/29/20                    Page      6
                                          Account Number      @XXXXXXXXXX@3569
                                          Enclosures                              4


     REGIONAL MEDICAL TRANSPORTATION INC
     DEBTOR IN POSSESSION
     PA-191553 AMC CH 11
     1695 HUNTINGDON RD
     HUNTINGDON VY PA 19006


FREE BUSINESS CHECKING                 @XXXXXXXXXX@3569    (Continued)

Activity in Date Order
Date         Description                              Credits        Debits
             AMAZON.COM
             SEATTLE        WA C#**2284
 5/27 POS DEB 0932 05/27/20 00265697                   74.18-         51,509.15
             AMAZON.COM*
             AMAZON.COM
             SEATTLE        WA C#**2284
 5/27 Check 170                                       465.41-         51,043.74
 5/28 POS DEB 0601 05/27/20 00000005                   25.78-         51,017.96
             AMAZON.COM*
             AMAZON.COM
             SEATTLE        WA C#**2284
 5/28 POS DEB 0606 05/27/20 00000005                   66.72-         50,951.24
             AMAZON.COM*
             AMAZON.COM
             SEATTLE        WA C#**2284
_____

                    --- CHECKS IN NUMBER ORDER ---
Date  Check No    Amount  Date  Check No    Amount
5/06    167       428.68  5/04    169       456.32
5/05    168     1,350.00  5/27    170       465.41
* Denotes missing check numbers
_____

Daily Balance Information
Date         Balance      Date         Balance      Date         Balance
5/01       79,785.00      5/12       62,065.33      5/20       67,883.02
5/04       78,240.36      5/13       61,902.43      5/21       65,282.15
5/05       75,917.80      5/14       61,554.48      5/22       48,531.06
5/06       74,991.57      5/15       66,430.44      5/26       51,583.33
5/08       60,691.57      5/18       68,802.17      5/27       51,043.74
5/11       63,359.72      5/19       67,790.75      5/28       50,951.24
```


**REPUBLIC BANK**
Two Liberty Place
50 S. 16th Street Ste 2400
Philadelphia, PA 19102

3PAR    Return Service Requested

Page: **1 of 4**
Statement Date: **5/31/20**
Primary Account: **XXXXXXXX1779**
Enclosures **22**

000128 0.8500 AV 0.389    TR00001

REGIONAL MEDICAL TRANSPORTATION INC
DEBTOR IN POSSESSION
PA-191553 AMC
1695 HUNTINGDON RD
HUNTINGDON VY, PA 19006-4412



### FREE BUSINESS CHECKING — Account: XXXXXXXX1779

| FREE BUSINESS CHECKING | | Number of Enclosures | 22 |
|---|---|---|---|
| Account Number | XXXXXXXX1779 | Statement Dates | 5/01/20 Thru 5/31/20 |
| Previous Balance | 1,094.40 | Days In The Statement Period | 31 |
| 3 Deposits/Credits | 29,215.80 | Average Ledger | 3,673.52 |
| 28 Checks/Debits | 30,213.10 | Average Collected | 3,673.52 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 97.10 | | |

### Transaction Activity

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 5/08 | Trsf From Bus Ckg 0002 Confirmation Number 508200123 | | 13,400.00 | 14,494.40 |
| 5/08 | Check 10018 | 794.36- | | 13,700.04 |
| 5/11 | Payroll Payroll Service Ctx 2001-27235 | 72.40- | | 13,627.64 |
| 5/11 | Payroll Payroll Service Ctx 1001-283176 | 201.00- | | 13,426.64 |
| 5/11 | Payroll Payroll Service Ctx 1001-283176 | 2,078.57- | | 11,348.07 |
| 5/11 | Check 10015 | 386.06- | | 10,962.01 |
| 5/11 | Check 10022 | 405.48- | | 10,556.53 |
| 5/11 | Check 10021 | 519.30- | | 10,037.23 |
| 5/11 | Check 10016 | 1,250.00- | | 8,787.23 |
| 5/11 | Check 10019 | 1,275.64- | | 7,511.59 |
| 5/12 | Check 10020 | 1,089.92- | | 6,421.67 |
| 5/12 | Check 10014 | 1,865.39- | | 4,556.28 |
| 5/12 | Check 10017 | 2,500.00- | | 2,056.28 |

**Continued on Next Page**



Page: **2 of 4**
Statement Date: **5/31/20**
Primary Account: **XXXXXXXX1779**



## Transaction Activity (Continued)

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 5/13 | Check 10012 | 974.47- | | 1,081.81 |
| 5/13 | Check 10013 | 986.05- | | 95.76 |
| 5/22 | Trsf From Bus Ckg 0002 Confirmation Number 522200141 | | 15.80 | 111.56 |
| 5/22 | Trsf From Bus Ckg 0002 Confirmation Number 522200144 | | 15,800.00 | 15,911.56 |
| 5/22 | Check 10029 | 794.36- | | 15,117.20 |
| 5/22 | Payroll Payroll Service Ctx 2001-27255 | 72.40- | | 15,044.80 |
| 5/22 | Payroll Payroll Service Ctx 1001-283541 | 201.00- | | 14,843.80 |
| 5/22 | Payroll Payroll Service Ctx 1001-283541 | 2,191.34- | | 12,652.46 |
| 5/26 | Check 10026 | 390.40- | | 12,262.06 |
| 5/26 | Check 10032 | 966.77- | | 11,295.29 |
| 5/26 | Check 10023 | 974.47- | | 10,320.82 |
| 5/26 | Check 10027 | 1,250.00- | | 9,070.82 |
| 5/26 | Check 10030 | 1,702.98- | | 7,367.84 |
| 5/26 | Check 10025 | 1,886.30- | | 5,481.54 |
| 5/26 | Check 10028 | 2,500.00- | | 2,981.54 |
| 5/27 | Check 10024 | 986.05- | | 1,995.49 |
| 5/27 | Check 10031 | 1,286.54- | | 708.95 |
| 5/28 | Check 10033 | 611.85- | | 97.10 |

## Summary by Check Number

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/13 | 10012 | 974.47 | 5/12 | 10020 | 1,089.92 | 5/26 | 10028 | 2,500.00 |
| 5/13 | 10013 | 986.05 | 5/11 | 10021 | 519.30 | 5/22 | 10029 | 794.36 |
| 5/12 | 10014 | 1,865.39 | 5/11 | 10022 | 405.48 | 5/26 | 10030 | 1,702.98 |
| 5/11 | 10015 | 386.06 | 5/26 | 10023 | 974.47 | 5/27 | 10031 | 1,286.54 |
| 5/11 | 10016 | 1,250.00 | 5/27 | 10024 | 986.05 | 5/26 | 10032 | 966.77 |
| 5/12 | 10017 | 2,500.00 | 5/26 | 10025 | 1,886.30 | 5/28 | 10033 | 611.85 |
| 5/08 | 10018 | 794.36 | 5/26 | 10026 | 390.40 | | | |
| 5/11 | 10019 | 1,275.64 | 5/26 | 10027 | 1,250.00 | | | |

* Denotes Missing Check Number

## Daily Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 5/01 | 1,094.40 | 5/12 | 2,056.28 | 5/26 | 2,981.54 |
| 5/08 | 13,700.04 | 5/13 | 95.76 | 5/27 | 708.95 |
| 5/11 | 7,511.59 | 5/22 | 12,652.46 | 5/28 | 97.10 |

3PAR-003-000128-001-002-200602 000128    S07

Date                05/29/20        Page 3 of 4
Primary Acct No.    XXXXXXXX1779

| Date | Check # | Amount |
|---|---|---|
| 05/13/2020 | 10012 | $974.47 |
| 05/13/2020 | 10013 | $986.05 |
| 05/12/2020 | 10014 | $1865.39 |
| 05/11/2020 | 10015 | $386.06 |
| 05/11/2020 | 10016 | $1250.00 |
| 05/12/2020 | 10017 | $2500.00 |
| 05/08/2020 | 10018 | $794.36 |
| 05/11/2020 | 10019 | $1275.64 |
| 05/12/2020 | 10020 | $1089.92 |
| 05/11/2020 | 10021 | $519.30 |
| 05/11/2020 | 10022 | $405.48 |
| 05/26/2020 | 10023 | $974.47 |

Check 10012: REGIONAL MEDICAL TRANSPORTATION INC., 2381 PHILMONT AVE STE 115, HUNTINGDON VALLEY, PA 19006 — Pay to: NADE BROYTMAN, 29 BEECHWOOD BOULEVARD, FEASTERVILLE, PA 19053

Check 10013: Pay to: VLADISLAV BROYTMAN, 29 BEECHWOOD BOULEVARD, FEASTERVILLE, PA 19053

Check 10014: Pay to: NICK BROYTMAN, 1695 HUNTINGDON ROAD, HUNTINGDON VALLEY, PA 19006

Check 10015: Pay to: NATALYA BROYTMAN, 1005 FOSTER STREET, PHILADELPHIA, PA 19116

Check 10016: Pay to: MAXIM BONDAREV, 2209 BERWYN PLACE, PHILADELPHIA, PA 19115

Check 10017: Pay to: RALPH T PECCA, 2551 ROUTE 38 STE 315, CHERRY HILL, NJ 08002

Check 10018: Pay to: JAMES N PRICE, 1109 N. 55TH STREET, PHILADELPHIA, PA 19133

Check 10019: Pay to: FAISAL M ABDELAAL, 1250 PROVIDENCE ROAD APT 94A, SECANE, PA 19018

Check 10020: Pay to: ABDUDYEH HASSAN, 309 BAUGHER AVENUE, LANSDOWNE, PA 19050

Check 10021: Pay to: MUSAB ELHASSAN, 6524 SAYBROOK AVE, PHILADELPHIA, PA 19142

Check 10022: Pay to: VIKTOR JOHN SIDOROV, 152 FARLIN STREET, PHILADELPHIA, PA 19116

Check 10023: Pay to: NADE BROYTMAN, 29 BEECHWOOD BOULEVARD, FEASTERVILLE, PA 19053

3PAR-003-000128-001-002-200602 000128 S07

Date: 05/29/20  Page 4 of 4
Primary Acct No.: XXXXXXXX1779

| Date | Check # | Amount |
|---|---|---|
| 05/27/2020 | 10024 | $986.05 |
| 05/26/2020 | 10025 | $1886.30 |
| 05/26/2020 | 10026 | $390.40 |
| 05/26/2020 | 10027 | $1250.00 |
| 05/26/2020 | 10028 | $2500.00 |
| 05/22/2020 | 10029 | $794.36 |
| 05/26/2020 | 10030 | $1702.98 |
| 05/27/2020 | 10031 | $1286.54 |
| 05/26/2020 | 10032 | $966.77 |
| 05/28/2020 | 10033 | $611.85 |