**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| REGIONAL MEDICAL | : | |
| TRANSPORTATION, INC. | : | Case No. 19-15513-amc |
| | : | |
| Debtor | : | |

**ORDER SCHEDULING EXPEDITED HEARING ON
DEBTORS' MOTION TO OBTAIN UNSECURED POST-PETITION FINANCING
PURSUANT TO 11 U.S.C. SECTION 364(b) AND
REQUEST FOR EXPEDITED CONSIDERATION**

**AND NOW,** this 10th day of June, 2020, upon consideration of Debtor's Motion to Obtain Unsecured Post-Petition Financing Pursuant to 11 U.S.C. Section 364(b) and Request for Expedited Consideration (the "Motion"), and for good cause shown,

**IT IS HEREBY ORDERED** that:

1)  a hearing on the Motion is scheduled for 7/15/20 at , 12:30 p.m., before the Honorable Ashely M. Chan in Courtroom #4, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Courthouse, 900 Market Street, Philadelphia, PA 19107;

2)  the applicable notice period is reduced accordingly to permit the hearing as scheduled herein, and notice is limited to the parties identified in paragraph 4 of this Order;

3)  Objections or responses to the Motion may be presented to the Court at the time of the hearing; and

4) That the Debtors shall serve this order (and a copy of the Motion, if not previously served) by facsimile, electronic mail, hand delivery, or overnight courier on or before <u>5 p.m. on July 10</u>, 2020 on all parties requesting notice under Bankruptcy Procedure 2002, all of the Debtors' secured creditors, the Small Business Administration at its Mid-Atlantic Regional Office in King of Prussia, PA and its Office of General Counsel in Washington, DC, Republic Bank and the Office of the U.S. Trustee.

5) The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on July 10, 2020.

**Date: July 10, 2020**

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge