**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

|  |  |  |
|---|---|---|
| In Re: | : | Chapter 11 |
|  | : |  |
| Regional Medical Transportation, Inc. | : |  |
|  | : |  |
|  | : | Bankruptcy Case No. 19-15513 |
|  | : |  |
| Debtor | : |  |
|  | : |  |

_____

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Federal Bankruptcy Rules 2002 and 9010, the

undersigned hereby appears in the above captioned matter on behalf of the United States of

America - U.S. Small Business Administration, and demands that all notices, motions, etc.,

given or required to be given in this case, and that all papers, etc., served in this case, be given to

and served upon the following:

> Anthony St. Joseph, Assistant United States Attorney
> U.S. Attorneys' Office for the
> Eastern District of Pennsylvania
> 615 Chestnut Street
> Suite 1250
> Philadelphia, PA 19106

> Respectfully submitted,

> WILLIAM M. McSWAIN
> United States Attorney

> /s/Anthony St. Joseph
Dated:  July 15, 2020      ANTHONY ST. JOSEPH
> Assistant United States Attorney
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA 19106
> Tel: 215-861-8267
> Fax: 215-861-8618
> anthony.stjoseph@usdoj.gov