UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

REGIONAL MEDICAL TRANSPORTATION, INC.          NO. 19-15513 AMC
                                               CHAPTER 11

ORDER APPROVING
STIPULATION IN RESOLUTION OF RELISTED MOTION OF FORD MOTOR CREDIT
COMPANY LLC FOR RELIEF FROM STAY [DOCS. 48 ]

The Stipulation of the Parties filed on July 17, 2020, in resolution of the Motion of

Ford Motor Credit Company LLC, is approved and made an Order of Court.

DATE :

**Date: July 21, 2020**                        BY THE COURT :

                                               _____
                                               Bankruptcy Judge