**Fill in this information to identify the case:**

Debtor Name: Regional Medical Transportation, Inc.

United States Bankruptcy Court for the: Eastern District of Penna.

Case number: 19-15513 AMC

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: June, 2020

Date report filed: 7/18/2020 (MM/DD/YYYY)

Line of business: Ambulatory Health Care Transportation

NAISC code: 6219

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Nikanor Broytman, Vice President

Original signature of responsible party: s/Nikanor Broytman, Vice President

Printed name of responsible party: Nikanor Broytman, Vice President

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name Regional Medical Transportation, Inc. Case number 19-15513 AMC

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☒ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. $ 13,064

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here. $ 16,474

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here. - $ 41,036

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit.* + $ (24,562)

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit. = $ (11,498)

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)* $ 21,917

Debtor Name Regional Medical Transportation, Inc. Case number 19-15513 AMC

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** (*Exhibit F*) $ 0.00

## 5. Employees

26. What was the number of employees when the case was filed? 45
27. What is the number of employees as of the date of this monthly report? 8

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 24,225
30. How much have you paid this month in other professional fees? $ 0
31. How much have you paid in total other professional fees since filing the case? $ 24,225

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* Projected | – | Column B Actual | = | *Column C* Difference |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 14,600 | – | $ 16,474 | = | $ (1,874) |
| 33. **Cash disbursements** | $ 36,807 | – | $ 41,036 | = | $ (4,229) |
| 34. **Net cash flow** | $ (22,207) | – | $ (24,562) | = | $ 2,355 |

35. Total projected cash receipts for the next month: $ 13,300
36. Total projected cash disbursements for the next month: – $ 41,975
37. Total projected net cash flow for the next month: = $ (28,675)

Debtor Name Regional Medical Transportation, Inc.

Case number 19-15513 AMC

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☒ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☒ 39. Bank reconciliation reports for each account.
- ☒ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☒ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

In re **Regional Medical Transportation, Inc.** **Debtor**

Case No. **19-15513 AMC**

Reporting Period: **JUNE, 2020**

| | Estimate | Amount | Check | | | Amount Paid | |
|---|---|---|---|---|---|---|---|
| **Payee** | **Period Covered** | **Approved** | **Payor** | **Number** | **Date** | **Fees** | **Expenses** |
| Payroll Check Date: 6/10/20 | June,20 | $ 13,500.00 | RMT a/c 1779 | | 6/10/2020 | | $ 13,520.95 |
| Payroll Check Date: 6/24/20 | June,20 | $ 9,750.00 | RMT a/c 1779 | | 6/24/2020 | | $ 9,104.68 |
| | | | | | | | |
| U S Trustee | June,20 | $ - | | | | | |
| DOL Payment (Penalty) | June,20 | $ - | | | | | |
| Wetzel Gagliardi (Deptors Attornys) | June,20 | $ - | | | | | |
| City of Philadelphia | June,20 | $ - | | | | | |
| Non-Priority Unsecured Creditors | June,20 | $ - | | | | | |
| Advertisement | June,20 | $ - | | | | | |
| Uniforms | June,20 | $ - | | | | | |
| T- Mobile - Telephones | June,20 | $ 464.00 | RMT a/c 3569 | online | 6/2/2020 | | $ 464.32 |
| FIRST Insurance -General.Liability.Ins. | June,20 | $ 609.00 | RMT a/c 3569 | online | 6/18/2020 | | $ 609.41 |
| Quest Diagnostics- Laboratory Fee | June,20 | $ - | | | | | |
| EastCost Fuel | June,20 | $ - | | | | | |
| Advantage (Repair Truck Body) | June,20 | $ 1,000.00 | RMT a/c 3569 | online | 06.08.20 | | $ 1,080.00 |
| Progressive Auto Insurance | June,20 | $ 472.00 | RMT a/c 3569 | online | 6/16/2020 | | $ 471.74 |
| Maintenance & Repairs | June,20 | $ - | | | | | |
| Reliant Transportation (Rent office) | June,20 | $ - | | | | | |
| Comcast / Communication | June,20 | $ 270.00 | RMT a/c 3569 | online | 6/1/20, 6/19/20 | | $ 559.07 |
| Honest Auto Body (Repair Truck) | June,20 | $ 1,600.00 | RMT a/c 3569 | online | 6/12/20, 6/25/20 | | $ 3,600.00 |
| L.J. (Repair Truck Body) | June,20 | $ - | RMT a/c 3569 | online | 6/9/20, 6/26/20 | | $ 452.05 |
| Suplies Office (Staples) | June,20 | $ - | RMT a/c 3569 | online | 6/22/2020 | | $ 57.75 |
| Employee Safety | June,20 | $ - | RMT a/c 3569 | online | 6/2/20, 6/1/20 | | $ 148.73 |
| State Worker Compensation | June,20 | $ - | | | | | |
| Global VoIP Communication (phone) | June,20 | $ 145.00 | RMT a/c 3569 | online | 6/11/2020 | | $ 145.26 |
| Verizon Telephone | June,20 | $ 175.00 | RMT a/c 3569 | online | 6/11/2020 | | $ 175.34 |
| US PremiumFinance - Auto Liability | June,20 | $ 4,756.00 | RMT a/c 3569 | online | 6/18/2020 | | $ 4,755.98 |
| Computer Expense | June,20 | $ - | RMT a/c 3569 | online | 6/10/2020 | | $ 63.55 |
| Postage and Delivery | June,20 | $ - | | | | | |
| Diamond Check Cashing | June,20 | $ - | | | | | |
| Peco (Utilities) | June,20 | $ - | RMT a/c 3569 | online | 6/30/2020 | | $ 750.00 |
| Cleaning Service & Supplies | June,20 | $ 650.00 | RMT a/c 3569 | online | 6/11/20, 6/25/20 | | $ 1,480.00 |
| PA UC Fund Tax | June,20 | $ 495.00 | RMT a/c 3569 | online | 6/22/2020 | | $ 495.14 |
| Violation Fee | June,20 | $ - | | | | | |
| EZ Pass (Auto Transportation) | June,20 | $ - | | | | | |
| Allstate Auto Insurance | June,20 | $ 533.00 | RMT a/c 3569 | online | 6/16/2020 | | $ 533.54 |
| Notarial Fee | June,20 | $ - | | | | | |
| Pre-Employment Screening | June,20 | $ - | RMT a/c 3569 | online | 6/12/20, 6/26/20 | | $ 296.00 |
| Byline Finance (Rent Equipment) | June,20 | $ - | | | | | |
| Utilities | June,20 | $ 417.00 | | | | | |
| Waste Management | June,20 | $ - | RMT a/c 3569 | online | 6/26/2020 | | $ 302.38 |
| Cars | | | | | | | |
| 76 Honda | June,20 | $ - | | | | | |
| 77 Honda | June,20 | $ - | | | | | |
| 103,104,105,106,107,107,124 (Santander) | June,20 | $ - | | | | | |
| 108 Ford Credit | June,20 | $ - | | | | | |
| 113,114,118,119 ( Ally) | June,20 | $ - | | | | | |
| 121 Citizens Bank | June,20 | $ - | | | | | |
| 126, 127, 128 (Sterling Nationl Bank) | June,20 | $ - | | | | | |
| 130 Ford Cfedit | June,20 | $ - | | | | | |
| 133 Mercedes-Benz | June,20 | $ 972.56 | RMT a/c 3569 | online | 6/2/2020 | | $ 972.56 |
| Toyota Sienna | June,20 | $ - | | | | | |
| Toyota Sequoia | June,20 | $ 998.00 | RMT a/c 3569 | online | 6/23/2020 | | $ 997.76 |
| | | | | | | | |
| **Total:** | | **$ 36,806.56** | | | | $ - | **$ 41,036.21** |
| | | | | | | | |
| | | | | | | | |

In re **Regional Medical Transportation, Inc.** **Debtor**

Case No. **19-15513 AMC**

Reporting Period: **JUNE, 2020**

| | Estimate | Amount | Check | | | Amount Paid | |
|---|---|---|---|---|---|---|---|
| Payee | Period Covered | Approved | Payor | Number | Date | Fees | Expenses |
| Payroll Check Date: 6/10/20 | June,20 | $ 13,500.00 | RMT a/c 1779 | | 6/10/2020 | | $ 13,520.95 |
| Payroll Check Date: 6/24/20 | June,20 | $ 9,750.00 | RMT a/c 1779 | | 6/24/2020 | | $ 9,104.68 |
| | | | | | | | |
| U S Trustee | June,20 | $ - | | | | | |
| DOL Payment (Penalty) | June,20 | $ - | | | | | |
| Wetzel Gagliardi (Deptors Attornys) | June,20 | $ - | | | | | |
| City of Philadelphia | June,20 | $ - | | | | | |
| Non-Priority Unsecured Creditors | June,20 | $ - | | | | | |
| Advertisement | June,20 | $ - | | | | | |
| Uniforms | June,20 | $ - | | | | | |
| T- Mobile - Telephones | June,20 | $ 464.00 | RMT a/c 3569 | online | 6/2/2020 | | $ 464.32 |
| FIRST Insurance -General.Liability.Ins. | June,20 | $ 609.00 | RMT a/c 3569 | online | 6/18/2020 | | $ 609.41 |
| Quest Diagnostics- Laboratory Fee | June,20 | $ - | | | | | |
| EastCost Fuel | June,20 | $ - | | | | | |
| Advantage (Repair Truck Body) | June,20 | $ 1,000.00 | RMT a/c 3569 | online | 06.08.20 | | $ 1,080.00 |
| Progressive Auto Insurance | June,20 | $ 472.00 | RMT a/c 3569 | online | 6/16/2020 | | $ 471.74 |
| Maintenance & Repairs | June,20 | $ - | | | | | |
| Reliant Transportation (Rent office) | June,20 | $ - | | | | | |
| Comcast / Communication | June,20 | $ 270.00 | RMT a/c 3569 | online | 6/1/20, 6/19/20 | | $ 559.07 |
| Honest Auto Body (Repair Truck) | June,20 | $ 1,600.00 | RMT a/c 3569 | online | 6/12/20, 6/25/20 | | $ 3,600.00 |
| L.J. (Repair Truck Body) | June,20 | $ - | RMT a/c 3569 | online | 6/9/20, 6/26/20 | | $ 452.05 |
| Suplies Office (Staples) | June,20 | $ - | RMT a/c 3569 | online | 6/22/2020 | | $ 57.75 |
| Employee Safety | June,20 | $ - | RMT a/c 3569 | online | 6/2/20, 6/1/20 | | $ 148.73 |
| State Worker Compensation | June,20 | $ - | | | | | |
| Global VoIP Communication (phone) | June,20 | $ 145.00 | RMT a/c 3569 | online | 6/11/2020 | | $ 145.26 |
| Verizon Telephone | June,20 | $ 175.00 | RMT a/c 3569 | online | 6/11/2020 | | $ 175.34 |
| US PremiumFinance - Auto Liability | June,20 | $ 4,756.00 | RMT a/c 3569 | online | 6/18/2020 | | $ 4,755.98 |
| Computer Expense | June,20 | $ - | RMT a/c 3569 | online | 6/10/2020 | | $ 63.55 |
| Postage and Delivery | June,20 | $ - | | | | | |
| Diamond Check Cashing | June,20 | $ - | | | | | |
| Peco (Utilities) | June,20 | $ - | RMT a/c 3569 | online | 6/30/2020 | | $ 750.00 |
| Cleaning Service & Supplies | June,20 | $ 650.00 | RMT a/c 3569 | online | 6/11/20, 6/25/20 | | $ 1,480.00 |
| PA UC Fund Tax | June,20 | $ 495.00 | RMT a/c 3569 | online | 6/22/2020 | | $ 495.14 |
| Violation Fee | June,20 | $ - | | | | | |
| EZ Pass (Auto Transportation) | June,20 | $ - | | | | | |
| Allstate Auto Insurance | June,20 | $ 533.00 | RMT a/c 3569 | online | 6/16/2020 | | $ 533.54 |
| Notarial Fee | June,20 | $ - | | | | | |
| Pre-Employment Screening | June,20 | $ - | RMT a/c 3569 | online | 6/12/20, 6/26/20 | | $ 296.00 |
| Byline Finance (Rent Equipment) | June,20 | $ - | | | | | |
| Utilities | June,20 | $ 417.00 | | | | | |
| Waste Management | June,20 | $ - | RMT a/c 3569 | online | 6/26/2020 | | $ 302.38 |
| Cars | | | | | | | |
| 76 Honda | June,20 | $ - | | | | | |
| 77 Honda | June,20 | $ - | | | | | |
| 103,104,105,106,107,107,124 (Santander) | June,20 | $ - | | | | | |
| 108 Ford Credit | June,20 | $ - | | | | | |
| 113,114,118,119 ( Ally) | June,20 | $ - | | | | | |
| 121 Citizens Bank | June,20 | $ - | | | | | |
| 126, 127, 128 (Sterling Nationl Bank) | June,20 | $ - | | | | | |
| 130 Ford Cfedit | June,20 | $ - | | | | | |
| 133 Mercedes-Benz | June,20 | $ 972.56 | RMT a/c 3569 | online | 6/2/2020 | | $ 972.56 |
| Toyota Sienna | June,20 | $ - | | | | | |
| Toyota Sequoia | June,20 | $ 998.00 | RMT a/c 3569 | online | 6/23/2020 | | $ 997.76 |
| | | | | | | | |
| **Total:** | | **$ 36,806.56** | | | | $ - | **$ 41,036.21** |
| | | | | | | | |
| | | | | | | | |

# Category Summary

*Profit & Loss Report RMT June, 2020*

Date Range: Custom Dates (6/1/2020 – 6/30/2020)
Accounts: 1779-RMT-Payroll DIP, 3569-RMT-Republic
Categories: All Categories
Tags: All Tags
Type: Custom

Show Memo/Notes

| Category | Amount |
|---|---|
| ▼ Money In | $16,474.16 |
| **Patient Fee Uber** | **$16,474.16** |
| ▼ Money Out | -$41,036.21 |
| **Car Repairs and Maintenance Total** | -$5,132.05 |
| **Repairs-Labor** | -$1,080.00 |
| **Repairs-Parts** | -$3,886.20 |
| **Tools** | -$165.85 |
| **Other Car and Truck Expense** | -$5,761.26 |
| **Auto Insurance** | -$5,761.26 |
| **Other Expense** | -$5,198.11 |
| **Computer / GPS** | -$63.55 |
| **Insurance-General Liability** | -$609.41 |

| Category | Amount |
|---|---|
| Janitorial / Cleaning / Maintenance | -$1,782.38 |
| Legal & Professional Fee | -$146.30 |
| Office General Expense/Supply | -$57.75 |
| Phone, Internet, Communication | -$1,449.94 |
| Supplies-Employee Safety | -$42.78 |
| Training / Education | -$296.00 |
| Utilities - Office | -$750.00 |
| Payroll | -$22,974.47 |
| 1099 Payroll Workers | -$8,723.92 |
| Payroll Tax - FICA | -$968.19 |
| Payroll Tax - PA UC | -$626.36 |
| W-2 All Other Workers | -$12,656.00 |
| Vehicle Rent / Lease | -$1,970.32 |

| | |
|---|---|
| Money In: | $16,474.16 |
| Money Out: | -$41,036.21 |
| Net Total: | -$24,562.05 |

▸ Other Transactions

# Category Summary

Bank Reconcilation June, 2020

Date Range: Custom Dates (6/1/2020 – 6/30/2020)
Accounts: 1779-RMT-Payroll DIP
Categories: All Categories
Tags: All Tags
Type: Custom

Show Memo/Notes

| | |
|---|---|
| ▾ Money In | $23,900.00 |
| **Transfer from 3569** | **$23,900.00** |
| ▾ Money Out | -$22,625.63 |
| **Other Expense** | -$146.30 |
| **Legal & Professional Fee** | -$146.30 |
| **Payroll** | -$22,479.33 |
| **1099 Payroll Workers** | -$8,723.92 |
| **Payroll Tax - FICA** | -$968.19 |
| **Payroll Tax - PA UC** | -$131.22 |
| **W-2 All Other Workers** | -$12,656.00 |

Money In: $23,900.00
Money Out: -$22,625.63
Net total: $1,274.37

# Category Summary

*Bank Reconcilation June, 2020*

Date Range: Custom Dates (6/1/2020 – 6/30/2020)
Accounts: 3569-RMT-Republic
Categories: All Categories
Tags: All Tags
Type: Custom

☐ Show Memo/Notes

| | |
|---|---|
| **▾ Money In** | **$16,474.16** |
| **Patient Fee Uber** | **$16,474.16** |
| **▾ Money Out** | **-$42,310.58** |
| **Car Repairs and Maintenance Total** | -$5,132.05 |
| **Repairs-Labor** | -$1,080.00 |
| **Repairs-Parts** | -$3,886.20 |
| **Tools** | -$165.85 |
| **Other Car and Truck Expense** | -$5,761.26 |
| **Auto Insurance** | -$5,761.26 |
| **Other Expense** | -$5,051.81 |
| **Computer / GPS** | -$63.55 |
| **Insurance-General Liability** | -$609.41 |

| Category | Amount |
| --- | --- |
| Janitorial / Cleaning / Maintenance | -$1,782.38 |
| Office General Expense/Supply | -$57.75 |
| Phone, Internet, Communication | -$1,449.94 |
| Supplies-Employee Safety | -$42.78 |
| Training / Education | -$296.00 |
| Utilities - Office | -$750.00 |
| Payroll | -$495.14 |
| Payroll Tax -PA UC | -$495.14 |
| Transfer | -$23,900.00 |
| Vehicle Rent / Lease | -$1,970.32 |

| | |
| --- | --- |
| Money In: | $16,474.16 |
| Money Out: | -$42,310.58 |
| Net Total: | -$25,836.42 |


000131

Two Liberty Place
50 S. 16th Street Ste 2400
Philadelphia, PA 19102

3PAR Return Service Requested

Page: 1 of 4
Statement Date: 06/30/20
Primary Account: XXXXXXXX3569
Enclosures 2

000131 0.9500 AV 0.389 TR00001

REGIONAL MEDICAL TRANSPORTATION INC
DEBTOR IN POSSESSION
PA-191553 AMC CH 11
1695 HUNTINGDON RD
HUNTINGDON VY, PA 19006-4412

DO YOU HAVE OUR MOBILE APP?
Securely access your accounts 24 hours a day 7 days a week.
Download the app today. Search 'My Republic Bank' in your app store.

**FREE BUSINESS CHECKING** — **Account: XXXXXXXX3569**

| FREE BUSINESS CHECKING | | | |
|---|---|---|---|
| Account Number | XXXXXXXX3569 | Number of Enclosures | 2 |
| Previous Balance | 50,951.24 | Statement Dates | 6/01/20 Thru 6/30/20 |
| 5 Deposits/Credits | 16,474.16 | Days In The Statement Period | 30 |
| 35 Checks/Debits | 42,310.58 | Average Ledger | 38,184.91 |
| Service Charge | .00 | Average Collected | 38,184.91 |
| Interest Paid | .00 | | |
| Current Balance | 25,114.82 | | |

**Transaction Activity**

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 6/01 | EDI Paymnt Uber USA 6787 CCD Qfrt2ok6pu33f36 Ref*TN*Qfrt2ok6pu\ | | 2,986.58 | 53,937.82 |
| 6/01 | POS Deb 0601 05/27/20 00000005 Amazon.com* Amazon.com Seattle WA C#**2284 | 42.78- | | 53,895.04 |
| 6/01 | Dbt Crd 0133 05/30/20 Dbdf9ira Myfax *Pro 866-563-9212 CA C#**2284 | 15.00- | | 53,880.04 |
| 6/02 | POS Deb 0634 06/02/20 47558272 Paypal *Ico 2211 North First S San Jose CA C#**2284 | 105.95- | | 53,774.09 |
| 6/02 | T-Mobile.com Pcs Svc 0000450304 Web | 464.32- | | 53,309.77 |
| 6/02 | Web Pay Mbfs CCD 5001088221001 | 972.56- | | 52,337.21 |
| 6/05 | Dbt Crd 1048 06/04/20 Dbogfdch Fishers Ace Huntingdon VA PA C#**2284 | 144.71- | | 52,192.50 |
| 6/08 | EDI Paymnt Uber USA 6787 CCD Mtkly1irsfkles8 | | 3,604.78 | 55,797.28 |

3PAR-003-000131-001-002-200701 000131 S03
19006441295

Continued on Next Page

**Transaction Activity (Continued)**

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | Ref*TN*Mtkly1irsf\ | | | |
| 6/08 | Dbt Crd 1026 06/05/20 Dbiduckl Sq *Advanta Philadelphia PA C#**2284 | 1,080.00- | | 54,717.28 |
| 6/09 | Dbt Crd 1129 06/08/20 Dbhou2m9 James E Lin Philadelphia PA C#**2284 | 226.80- | | 54,490.48 |
| 6/10 | Dbt Crd 0150 06/09/20 Db2oo4qt Sai Subscpn Utah UT C#**2284 | 63.55- | | 54,426.93 |
| 6/10 | Dbt Crd 0942 06/09/20 Dbflxksf Fishers Ace Huntingdon VA PA C#**2284 | 21.14- | | 54,405.79 |
| 6/10 | Transf To Payroll Confirmation Number 610200270 | 15,000.00- | | 39,405.79 |
| 6/11 | Dbt Crd 1609 06/10/20 Dbqaxgip Global Voip 8882442014 PA C#**2284 | 145.26- | | 39,260.53 |
| 6/11 | Verizon Vz Billpay 9783397101 Web | 175.34- | | 39,085.19 |
| 6/11 | Check 171 | 650.00- | | 38,435.19 |
| 6/12 | Dbt Crd 1308 06/10/20 Dbjkpq3s Berrodin PA Bensalem PA C#**2284 | 1,600.00- | | 36,835.19 |
| 6/12 | Dbt Crd 0921 06/11/20 Dbfmuhnc PA Driver & 7174125300 PA C#**2284 | 210.00- | | 36,625.19 |
| 6/15 | EDI Paymnt Uber USA 6787 CCD W0np5gbu9zugjtt Ref*TN*W0np5gbu9z\ | | 3,014.00 | 39,639.19 |
| 6/16 | Dbt Crd 1034 06/16/20 Dbu4rmx2 Progressive 855-758-0945 OH C#**5278 | 162.90- | | 39,476.29 |
| 6/16 | Allstate Ins CO Ins Pymt 1360719665 Web | 533.54- | | 38,942.75 |
| 6/17 | Dbt Crd 0811 06/17/20 Dbnpqg4w Comcast 800-Comcast NJ C#**5278 | 273.66- | | 38,669.09 |
| 6/18 | Dbt Crd 0932 06/17/20 Dbnbyzru Insurance P 706-3223335 GA C#**5278 | 24.95- | | 38,644.14 |
| 6/18 | Dbt Crd 0932 06/17/20 Dbsbutru First Insur 800-8373707 IL C#**5278 | 584.46- | | 38,059.68 |
| 6/18 | Ins Prem United Fin Cas PPD 01423904 Regio | 308.84- | | 37,750.84 |
| 6/18 | Payment US Premium Finan CCD 312586509 | 4,755.98- | | 32,994.86 |
| 6/19 | Comcast Cable 0000213249 Web | 255.41- | | 32,739.45 |
| 6/22 | EDI Paymnt Uber USA 6787 CCD Xi7kjjfkv601acg Ref*TN*Xi7kjjfkv6\ | | 3,300.97 | 36,040.42 |
| 6/22 | POS Deb 0540 06/20/20 00240269 Amazon.com* Amazon.com Seattle WA C#**2284 | 57.75- | | 35,982.67 |
| 6/22 | Padliuccon Unemp Comp Eft CCD 7539810 Txp*474960669 *Uc000*2006 30*T*0000049514\ | 495.14- | | 35,487.53 |
| 6/23 | Toyota Financial Lease_pay 2953775816 Web | 997.76- | | 34,489.77 |
| 6/24 | Transf To Payroll Confirmation Number 624200438 | 8,900.00- | | 25,589.77 |
| 6/25 | Dbt Crd 1043 06/23/20 Dbn3uevh Berrodin PA Bensalem PA C#**2284 | 2,000.00- | | 23,589.77 |
| 6/25 | Check 172 | 830.00- | | 22,759.77 |
| 6/26 | Dbt Crd 0645 06/25/20 Dbper9qm Waste Mgmt 8668342080 TX C#**5278 | 302.38- | | 22,457.39 |
| 6/26 | Dbt Crd 0930 06/25/20 Dbr615qp PA Driver & 7174125300 PA C#**2284 | 86.00- | | 22,371.39 |
| 6/26 | Dbt Crd 1518 06/25/20 Dbrnzubi Gi Auto 2156775557 PA C#**5278 | 59.40- | | 22,311.99 |
| 6/30 | EDI Paymnt Uber USA 6787 CCD Cnwi4if9fwdgedy Ref*TN*Cnwi4if9fw\ | | 3,567.83 | 25,879.82 |
| 6/30 | Dbt Crd 0145 06/30/20 Dbnk69zh Myfax *Pro 866-563-9212 CA C#**2284 | 15.00- | | 25,864.82 |

**Continued on Next Page**



**Transaction Activity (Continued)**

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 6/30 | Peco Energy Online Pmt 1061291316 Web | 750.00- | | 25,114.82 |

**Summary by Check Number**

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/11 | 171 | 650.00 | 6/25 | 172 | 830.00 | | | |

* Denotes Missing Check Number

**Daily Balance**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 6/01 | 53,880.04 | 6/12 | 36,625.19 | 6/23 | 34,489.77 |
| 6/02 | 52,337.21 | 6/15 | 39,639.19 | 6/24 | 25,589.77 |
| 6/05 | 52,192.50 | 6/16 | 38,942.75 | 6/25 | 22,759.77 |
| 6/08 | 54,717.28 | 6/17 | 38,669.09 | 6/26 | 22,311.99 |
| 6/09 | 54,490.48 | 6/18 | 32,994.86 | 6/30 | 25,114.82 |
| 6/10 | 39,405.79 | 6/19 | 32,739.45 | | |
| 6/11 | 38,435.19 | 6/22 | 35,487.53 | | |

REGIONAL MEDICAL TRANSPORTATION INC
DEBTOR IN POSSESSION
PA-191553 AMC CH 11
1895 HUNTINGDON RD
HUNTINGDON VY, PA 19006

171

Date 6/10/2020

Pay to the Order of Atlantida, Inc $ 650.00

Six Hundred Fifty and 00/100 Dollars

REPUBLIC BANK

For Cleaning and Maintenance

356 9" 0171

06/11/2020 171 $650.00

REGIONAL MEDICAL TRANSPORTATION INC
DEBTOR IN POSSESSION
PA-191553 AMC CH 11
1895 HUNTINGDON RD
HUNTINGDON VY, PA 19006

172

Date 6/24/2020

Pay to the Order of Atlantiga, Inc $ 830.00

Eight Hundred Thirty and 00/100 Dollars

REPUBLIC BANK

For

356 9" 0172

06/25/2020 172 $830.00

3PAR-003-000131-001-002-200701 000131 S03



000132

REPUBLIC
BANK

Two Liberty Place
50 S. 16th Street Ste 2400
Philadelphia, PA 19102

3PAR Return Service Requested

Page: 1 of 4
Statement Date: 06/30/20
Primary Account: XXXXXXXX1779
Enclosures 16

000132 0.9500 AV 0.389 TR00001

REGIONAL MEDICAL TRANSPORTATION INC
DEBTOR IN POSSESSION
PA-191553 AMC
1695 HUNTINGDON RD
HUNTINGDON VY, PA 19006-4412

**DO YOU HAVE OUR MOBILE APP?**
Securely access your accounts 24 hours a day 7 days a week.
Download the app today. Search 'My Republic Bank' in your app store.

**FREE BUSINESS CHECKING** — **Account: XXXXXXXX1779**

| FREE BUSINESS CHECKING | | | |
|---|---|---|---|
| Account Number | XXXXXXXX1779 | Number of Enclosures | 16 |
| Previous Balance | 97.10 | Statement Dates | 6/01/20 Thru 6/30/20 |
| 2 Deposits/Credits | 23,900.00 | Days In The Statement Period | 30 |
| 22 Checks/Debits | 22,625.63 | Average Ledger | 3,318.37 |
| Service Charge | .00 | Average Collected | 3,318.37 |
| Interest Paid | .00 | | |
| Current Balance | 1,371.47 | | |

### Transaction Activity

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 6/10 | Trsf From Bus Ckg 0002 Confirmation Number 610200270 | | 15,000.00 | 15,097.10 |
| 6/10 | Check 10040 | 794.36- | | 14,302.74 |
| 6/11 | Payroll Payroll Service Ctx 2001-27280 | 71.30- | | 14,231.44 |
| 6/11 | Payroll Payroll Service Ctx 1001-284059 | 201.00- | | 14,030.44 |
| 6/11 | Payroll Payroll Service Ctx 1001-284059 | 1,919.31- | | 12,111.13 |
| 6/11 | Check 10037 | 390.40- | | 11,720.73 |
| 6/11 | Check 10043 | 1,204.30- | | 10,516.43 |
| 6/11 | Check 10038 | 1,250.00- | | 9,266.43 |
| 6/12 | Check 10041 | 251.71- | | 9,014.72 |
| 6/15 | Check 10034 | 974.47- | | 8,040.25 |
| 6/15 | Check 10035 | 986.05- | | 7,054.20 |
| 6/15 | Check 10039 | 2,500.00- | | 4,554.20 |
| 6/16 | Check 10042 | 1,091.75- | | 3,462.45 |

3PAR-003-000132-001-002-200701 000132 S03
19006441295

**Continued on Next Page**


**Transaction Activity (Continued)**

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 6/16 | Check 10036 | 1,886.30- | | 1,576.15 |
| 6/24 | Trsf From Bus Ckg 0002 Confirmation Number 624200438 | | 8,900.00 | 10,476.15 |
| 6/24 | Check 10048 | 794.36- | | 9,681.79 |
| 6/25 | Payroll Payroll Service Ctx 2001-27295 | 75.00- | | 9,606.79 |
| 6/25 | Payroll Payroll Service Ctx 1001-284470 | 201.00- | | 9,405.79 |
| 6/25 | Payroll Payroll Service Ctx 1001-284470 | 1,761.34- | | 7,644.45 |
| 6/25 | Check 10047 | 1,125.00- | | 6,519.45 |
| 6/26 | Check 10050 | 1,301.16- | | 5,218.29 |
| 6/26 | Check 10046 | 1,886.30- | | 3,331.99 |
| 6/30 | Check 10044 | 974.47- | | 2,357.52 |
| 6/30 | Check 10045 | 986.05- | | 1,371.47 |

**Summary by Check Number**

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/15 | 10034 | 974.47 | 6/10 | 10040 | 794.36 | 6/26 | 10046 | 1,886.30 |
| 6/15 | 10035 | 986.05 | 6/12 | 10041 | 251.71 | 6/25 | 10047 | 1,125.00 |
| 6/16 | 10036 | 1,886.30 | 6/16 | 10042 | 1,091.75 | 6/24 | 10048 | 794.36 |
| 6/11 | 10037 | 390.40 | 6/11 | 10043 | 1,204.30 | 6/26 | 10050 * | 1,301.16 |
| 6/11 | 10038 | 1,250.00 | 6/30 | 10044 | 974.47 | | | |
| 6/15 | 10039 | 2,500.00 | 6/30 | 10045 | 986.05 | | | |

* Denotes Missing Check Number

**Daily Balance**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 6/01 | 97.10 | 6/15 | 4,554.20 | 6/26 | 3,331.99 |
| 6/10 | 14,302.74 | 6/16 | 1,576.15 | 6/30 | 1,371.47 |
| 6/11 | 9,266.43 | 6/24 | 9,681.79 | | |
| 6/12 | 9,014.72 | 6/25 | 6,519.45 | | |

3PAR-003-000132-001-002-200701 000132 S03

Date 06/30/20 
Primary Acct No. XXXXXXXX1779

REGIONAL MEDICAL TRANSPORTATION INC. 2381 PHILMONT AVE STE 115 HUNTINGDON VALLEY, PA 19006- REPUBLIC BANK
DATE 06/10/20 CHECK # 10034 AMOUNT $974.47
Pay Exactly: NINE HUNDRED SEVENTY-FOUR & 47/100 DOLLARS
PAY TO THE ORDER OF NADE BROYTMAN 29 BEECHWOOD BOULEVARD FEASTERVILLE, PA 19053-
⑈010034⑈ [redacted] 1779⑈

06/15/2020 10034 $974.47

REGIONAL MEDICAL TRANSPORTATION INC. 2381 PHILMONT AVE STE 115 HUNTINGDON VALLEY, PA 19006- REPUBLIC BANK
DATE 06/10/20 CHECK # 10035 AMOUNT $986.05
Pay Exactly: NINE HUNDRED EIGHTY-SIX & 05/100 DOLLARS
PAY TO THE ORDER OF VLADISLAV BROYTMAN 29 BEECHWOOD BOULEVARD FEASTERVILLE, PA 19053-
⑈010035⑈ [redacted] 1779⑈

06/15/2020 10035 $986.05

REGIONAL MEDICAL TRANSPORTATION INC. 2381 PHILMONT AVE STE 115 HUNTINGDON VALLEY, PA 19006- REPUBLIC BANK
DATE 06/10/20 CHECK # 10036 AMOUNT $1886.30
Pay Exactly: ONE THOUSAND EIGHT HUNDRED EIGHTY-SIX & 30/100 DOLLARS
PAY TO THE ORDER OF NICK BROYTMAN 1695 HUNTINGDON ROAD HUNTINGDON VALLEY, PA 19006-
⑈010036⑈ [redacted] 1779⑈

06/16/2020 10036 $1886.30

REGIONAL MEDICAL TRANSPORTATION INC. 2381 PHILMONT AVE STE 115 HUNTINGDON VALLEY, PA 19006- REPUBLIC BANK
DATE 06/10/20 CHECK # 10037 AMOUNT $390.40
Pay Exactly: THREE HUNDRED NINETY & 40/100 DOLLARS
PAY TO THE ORDER OF NATALYA BROYTMAN 1005 FOSTER STREET PHILADELPHIA, PA 19116-
⑈010037⑈ [redacted] 1779⑈

06/11/2020 10037 $390.40

REGIONAL MEDICAL TRANSPORTATION INC. 2381 PHILMONT AVE STE 115 HUNTINGDON VALLEY, PA 19006- REPUBLIC BANK
DATE 05/20/20 CHECK # 10038 AMOUNT $1250.00
Pay Exactly: ONE THOUSAND TWO HUNDRED FIFTY DOLLARS
PAY TO THE ORDER OF MAKISM BONDAREV 2209 BERWYN PLACE PHILADELPHIA, PA 19115-
⑈010038⑈ [redacted] 779⑈

06/11/2020 10038 $1250.00

REGIONAL MEDICAL TRANSPORTATION INC. 2381 PHILMONT AVE STE 115 HUNTINGDON VALLEY, PA 19006- REPUBLIC BANK
DATE 06/10/20 CHECK # 10039 AMOUNT $2500.00
Pay Exactly: TWO THOUSAND FIVE HUNDRED DOLLARS
PAY TO THE ORDER OF RALPH T PECCA 2151 ROUTE 38 STE 315 CHERRY HILL, NJ 08002-
⑈010039⑈ [redacted] 1779⑈

06/15/2020 10039 $2500.00

REGIONAL MEDICAL TRANSPORTATION INC. 2381 PHILMONT AVE STE 115 HUNTINGDON VALLEY, PA 19006- REPUBLIC BANK
DATE 06/10/20 CHECK # 10040 AMOUNT $794.36
Pay Exactly: SEVEN HUNDRED NINETY-FOUR & 36/100 DOLLARS
PAY TO THE ORDER OF JAMES N PRICE 1109 W SILVER STREET PHILADELPHIA, PA 19133-
⑈010040⑈ [redacted] 1779⑈

06/10/2020 10040 $794.36

REGIONAL MEDICAL TRANSPORTATION INC. 2381 PHILMONT AVE STE 115 HUNTINGDON VALLEY, PA 19006- REPUBLIC BANK
DATE 06/10/20 CHECK # 10041 AMOUNT $251.71
Pay Exactly: TWO HUNDRED FIFTY-ONE & 71/100 DOLLARS
PAY TO THE ORDER OF FAISAL M ABDELAAL 3250 PROVIDENCE ROAD APT 94A SECANE, PA 19018-
⑈010041⑈ [redacted] 91779⑈

06/12/2020 10041 $251.71

REMOVE DOCUMENT ALONG THIS PERFORATION
REGIONAL MEDICAL TRANSPORTATION INC. 2381 PHILMONT AVE STE 115 HUNTINGDON VALLEY, PA 19006- REPUBLIC BANK
CHECK # 10042 AMOUNT $1091.75
Pay Exactly: ONE THOUSAND NINETY-ONE & 75/100 DOLLARS
PAY TO THE ORDER OF ABDOLYEM HASSAN 309 BARKER AVENUE LANSDOWNE, PA 19050-
⑈010042⑈ [redacted] 1779⑈

06/16/2020 10042 $1091.75

REGIONAL MEDICAL TRANSPORTATION INC. 2381 PHILMONT AVE STE 115 HUNTINGDON VALLEY, PA 19006- REPUBLIC BANK
DATE 06/10/20 CHECK # 10043 AMOUNT $1204.30
Pay Exactly: ONE THOUSAND TWO HUNDRED FOUR & 30/100 DOLLARS
PAY TO THE ORDER OF MUSAB ELHASSAN 6524 BAYBROOK AVE PHILADELPHIA, PA 19142-
⑈010043⑈ [redacted] 1779⑈

06/11/2020 10043 $1204.30

REGIONAL MEDICAL TRANSPORTATION INC. 2381 PHILMONT AVE STE 115 HUNTINGDON VALLEY, PA 19006- REPUBLIC BANK
DATE 06/24/20 CHECK # 10044 AMOUNT $974.47
Pay Exactly: NINE HUNDRED SEVENTY-FOUR & 47/100 DOLLARS
PAY TO THE ORDER OF NADE BROYTMAN 29 BEECHWOOD BOULEVARD FEASTERVILLE, PA 19053-
⑈010044⑈ [redacted] 91779⑈

06/30/2020 10044 $974.47

REGIONAL MEDICAL TRANSPORTATION INC. 2381 PHILMONT AVE STE 115 HUNTINGDON VALLEY, PA 19006- REPUBLIC BANK
DATE 06/24/20 CHECK # 10045 AMOUNT $986.05
Pay Exactly: NINE HUNDRED EIGHTY-SIX & 05/100 DOLLARS
PAY TO THE ORDER OF VLADISLAV BROYTMAN 29 BEECHWOOD BOULEVARD FEASTERVILLE, PA 19053-
⑈010045⑈ [redacted] 91779⑈

06/30/2020 10045 $986.05

3PAR-003-000132-001-002-200701 000132 S03

REGIONAL MEDICAL TRANSPORTATION INC.
2351 PHILMONT AVE STE 115
HUNTINGDON VALLEY, PA 19006
REPUBLIC BANK
DATE 06/24/20 CHECK # 10046
AMOUNT $1886.30
Pay Exactly: ONE THOUSAND EIGHT HUNDRED EIGHTY-SIX & 30/100 DOLLARS
PAY TO THE ORDER OF: NICK BROYTMAN, 1695 HUNTINGDON ROAD, HUNTINGDON VALLEY, PA 19006-

06/26/2020 10046 $1886.30

REGIONAL MEDICAL TRANSPORTATION INC.
2351 PHILMONT AVE STE 115
HUNTINGDON VALLEY, PA 19006
REPUBLIC BANK
DATE 06/24/20 CHECK # 10047
AMOUNT $1125.00
Pay Exactly: ONE THOUSAND ONE HUNDRED TWENTY-FIVE DOLLARS
PAY TO THE ORDER OF: MAKSIM BONDAREV, 2209 BERWYN PLACE, PHILADELPHIA, PA 19115-

06/25/2020 10047 $1125.00

REGIONAL MEDICAL TRANSPORTATION INC.
2351 PHILMONT AVE STE 115
HUNTINGDON VALLEY, PA 19006
REPUBLIC BANK
DATE 06/24/20 CHECK # 10048
AMOUNT $794.36
Pay Exactly: SEVEN HUNDRED NINETY-FOUR & 36/100 DOLLARS
PAY TO THE ORDER OF: JAMES N PRICE, 1109 W SILVER STREET, PHILADELPHIA, PA 19133-

06/24/2020 10048 $794.36

REGIONAL MEDICAL TRANSPORTATION INC.
2351 PHILMONT AVE STE 115
HUNTINGDON VALLEY, PA 19006
REPUBLIC BANK
DATE 06/24/20 CHECK # 10050
AMOUNT $1301.16
Pay Exactly: ONE THOUSAND THREE HUNDRED ONE & 16/100 DOLLARS
PAY TO THE ORDER OF: HUSAN ELMASSAN, 6524 SAYBROOK AVE, PHILADELPHIA, PA 19142-

06/26/2020 10050 $1301.16