United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-15513-amc
Regional Medical Transportation, Inc.                                   Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: PaulP              Page 1 of 1              Date Rcvd: Jul 21, 2020
                               Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2020.
db             +Regional Medical Transportation, Inc.,    1695 Huntingdon Road,
                Huntingdon Valley, PA 19006-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2020 at the address(es) listed below:
              ALLEN B. DUBROFF    on behalf of Debtor    Regional Medical Transportation, Inc.
               allen@dubrofflawllc.com,    adminassistant@dubrofflawllc.com,john@dubrofflawllc.com,
               sherri@dubrofflawllc.com
              ALLEN B. DUBROFF    on behalf of Creditor    Elisa Ayala and Saul Santiago allen@dubrofflawllc.com,
               adminassistant@dubrofflawllc.com,john@dubrofflawllc.com,sherri@dubrofflawllc.com
              ANTHONY ST. JOSEPH    on behalf of Creditor    United States of America on behalf of SBA
               anthony.stjoseph@usdoj.gov,    mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              GEORGE M. CONWAY    on behalf of U.S. Trustee    United States Trustee george.m.conway@usdoj.gov
              HOWARD GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JASON T LAROCCO    on behalf of Attorney    LogistiCare Solutions, LLC jlarocco@regerlaw.com
              JOHN A. GAGLIARDI    on behalf of    Wetzel Gagliardi Fetter & Lavin LLC jgagliardi@wgflaw.com
              JOHN A. GAGLIARDI    on behalf of Debtor    Regional Medical Transportation, Inc.
               jgagliardi@wgflaw.com
              JOHN C. KILGANNON    on behalf of Interested Party    Republic First Bank jck@stevenslee.com,
               pam@stevenslee.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              MATTHEW R. EPSTEIN    on behalf of Creditor Patrick  Pizzella epstein.matthew.r@dol.gov
              NATHALIE PAUL    on behalf of Creditor    Citizens Bank, N.A. npaul@weltman.com,
               pitecf@weltman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REGINA COHEN    on behalf of Creditor    Ally Bank rcohen@lavin-law.com, ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler
               Capital ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              YONIT A. CAPLOW    on behalf of Creditor    Sterling National Bank, f/k/a Advantage Funding
               Commercial Capital Corp. ycaplow@dilworthlaw.com,    cchapman-tomlin@dilworthlaw.com,
               cct@dilworthlaw.com;mdolan@dilworthlaw.com
                                                                                               TOTAL: 17

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

REGIONAL MEDICAL TRANSPORTATION, INC.    NO. 19-15513 AMC
CHAPTER 11

ORDER APPROVING
STIPULATION IN RESOLUTION OF RELISTED MOTION OF FORD MOTOR CREDIT COMPANY LLC FOR RELIEF FROM STAY [DOCS. 48 ]

The Stipulation of the Parties filed on July 17, 2020, in resolution of the Motion of Ford Motor Credit Company LLC, is approved and made an Order of Court.

DATE :

**Date: July 21, 2020**

BY THE COURT :

_Ashely_
Bankruptcy Judge