*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Regional Medical
Transportation, Inc.
    Debtor(s)

Case No: 19–15513–amc

Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Motion to Approve Disclosure Statement . Filed by Regional Medical Transportation, Inc. Represented by JOHN A. GAGLIARDI (Counsel).

on: 10/14/20

at: 12:30 PM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/25/20

Timothy B. McGrath
Clerk of Court

201 – 129
Form 167